BAILEY LAW GROUP, PC
SERAFINA RASKIN (California Bar No. 244960)
8105 Irvine Center Drive
Suite 900
Irvine, CA 92618
Telephone: (949) 453-1755
Facsimile: (949) 453-1757

FILED
2007 OCT 29 PM 3:19
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Attorney for Defendants
HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., HOST INTERNATIONAL, INC., erroneously sued as HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC.

ORIGINAL

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY, Plaintiffs, vs. HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC. and DOES 1-100, Inclusive, Defendants. | CASE NO. '07 CV 2056 H BLM<br>(San Diego Superior Court Case No.: 37-2007-00074036-CU-WT-CTL)<br>BY FAX<br>**DEFENDANTS' COUNTER-CLAIM AGAINST PLAINTIFFS FOR BREACH OF CONTRACT** |

Counter-claimants HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., HOST INTERNATIONAL, INC., erroneously sued as HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., (hereinafter "HOST") alleges as follows:

**I.**

**JURISDICTION**

1. The jurisdiction of this Court is predicated upon 28 U.S.C. § 1367(a), HOST's claims bear a logical and factual relationship to plaintiffs Darryl Murray and Debra Murray's (hereinafter "counterdefendants") claims. Moreover, HOST's counter claims arise out of the occurrence that is

the subject matter of the counterdefendants' claims and is filed pursuant to Federal Rule Civil Procedure 13(a).

## II.

## VENUE

2. Venue is proper in this judicial district under 28 U.S.C. § 1391(a).

## III.

## THE PARTIES

3. Counterdefendants HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., HOST INTERNATIONAL, INC., erroneously sued as HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., (collectively "HOST"), were at the time of the filing of this action all corporations incorporated under the laws of the State of Delaware, having their principal place of business in the State of Maryland, and were the only defendants that has been served summons and complaint in this action.

4. HOST is informed and believes and thereon alleges that counterdefendants Darryl Murray and Debra Murray are individuals residing in San Diego, California.

## IV.

## ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF

5. On November 16, 2000, HOST and Wells Fargo Bank West, National Association ("Bank") entered into the "Employee Line of Credit Guarantee Agreement." Under this agreement, the Bank agreed to offer a line of credit secured by a second lien on each eligible employee's residence and HOST agreed to purchase the line of credit of any eligible employee whose employment terminates for any reason whatsoever.

6. On or about May 30, 2001, counterdefendants entered into a Home Equity Line of Credit Agreement with the Bank secured with a line of credit for $150,000.

7. On April 25, 2001, pursuant to its Employee Line of Credit Program, HOST and counterdefendants entered into the Letter Agreement (hereinafter "the Contract"), whereby HOST agreed to guarantee and/or purchase counterdefendants' line of credit for $150,000 (hereinafter "the Loan") for the purchase a new residence in San Diego.

8. The Loan was for a term of 5 years with monthly payments of interest only and a balloon payment of the principal at the end. HOST agreed to make the interest payments due on the Loan while the Loan was outstanding, provided that Darryl Murray remained employed by HOST.

9. Counterdefendants agreed to reimburse HOST "in full, upon demand, for all amounts paid or payable by HOST in connections with, arising from or relating to the Loan."

10. The terms of the Contract specifically provide that upon termination of Darryl Murray's employment with HOST, without regard to whether such termination was voluntary or involuntary, or whether such termination was with cause or without cause, the Loan, together with all unpaid interests and other amounts due thereunder, shall be immediately due and payable in full. A copy of the Contract, dated April 25, 2001, is attached hereto as Exhibit A and is incorporated by reference.

11. Darryl Murray was terminated on September 21, 2006.

12. As a consequence, Darryl Murray owes to HOST the full amount of the Line of Credit, $150,000.00.

///

///

13. Accordingly, counterdefendants' actions warrant the exercise of the Court's jurisdiction over the counterclaims. Further, counterdefendants' claims against HOST arise out of Darryl Murray's employment relationship with HOST. Thus, HOST's claims are so related to counterdefendants claims in this matter that they form part of the same case or controversy under Article III of the United States Constitution.

## V.

## FIRST CLAIM FOR RELIEF

(Breach of Contract)

14. HOST hereby incorporates by reference as though fully set forth herein paragraphs 1 through 5, inclusive.

15. Counterdefendants breached the Contract by failing to make the required payment in full at Darryl Murray's termination. Plaintiff's failure to pay for all amounts arising from or relating to the Loan, constitutes a material breach of the Contract.

16. As a result of the breaches of contract by counterdefendants, HOST has been damaged in excess of $150,000. HOST now elects to exercise its rights under the Contract to demand payment in full in the amount of $150,000.00, plus all costs and attorneys fees. HOST has performed all conditions, covenants, and promises required of it in accordance with the terms and conditions of the Contract.

///

///

///

///

///

///

## VI.

## PRAYER FOR RELIEF

*For the First Claim For Relief:*

1. For damages according to proof at the time of trial;
2. For pre-judgment interest at the legal rate;
3. For attorney fees pursuant to the contract;
3. For costs of suit herein incurred; and
4. For such other and further relief as the Court may deem just and proper.

DATED: October 29, 2007

BAILEY LAW GROUP, PC
SERAFINA RASKIN

BY: [signature]

SERAFINA RASKIN

Attorneys for Defendant HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., HOST INTERNATIONAL, INC., erroneously sued as HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC.