BAILEY LAW GROUP, PC
SERAFINA RASKIN (California Bar No. 244960)
8105 Irvine Center Drive
Suite 900
Irvine, CA 92618
Telephone: (949) 453-1755
Facsimile: (949) 453-1757

FILED
2007 OCT 29 PM 3:20
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

ORIGINAL

Attorney for Defendants
HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., HOST INTERNATIONAL, INC., erroneously sued as HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC.

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br>Plaintiffs,<br>vs.<br>HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC. and DOES 1-100, Inclusive,<br>Defendants. | CASE NO. '07 CV 2056 H BLM<br>(San Diego Superior Court Case No.: 37-2007-00074036-CU-WT-CTL)<br>BY FAX<br>**DEFENDANTS' CERTIFICATION OF INTERESTED PARTIES** |

Pursuant to the Federal Rule of Civil Procedure Rule 7.1 and all applicable Local Rules, the undersigned, counsel of record for defendants, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. DARRYL MURRAY
2. DEBRA MURRAY
3. HMSHOST CORPORATION
4. HMS HOST FAMILY RESTAURANTS, INC.
5. HMS HOST USA, INC.
6. HOST INTERNATIONAL, INC., erroneously sued as HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC.

DATED: October 29, 2007

BAILEY LAW GROUP, PC
SERAFINA RASKIN

BY: [signature]

SERAFINA RASKIN

Attorneys for Defendants
HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., HOST INTERNATIONAL, INC., erroneously sued as HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC.