Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **January 10, 2008** I served a true copy of the following document(s):

**1. First Amended Complaint For Violation of Fair Employment And Housing Act; Wrongful Discharge in Violation of Public Policy; Breach of Contract; Breach of The Implied Covenant of Good Faith And Fair Dealing And Loss of Consortium**

on all interested parties in this action as follows:

Bailey Law Group, PC — Attorney for Defendants/Counter-Claimant
Serafina Raskin, Esq.
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

**U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

**X** **BY FAX:** I transmitted a copy of the foregoing document(s) on this date by facsimile transmittal to the number shown on the service list.

**BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

**BY PERSONAL SERVICE:** I personally delivered such document(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **January 10, 2008** in San Diego, California.

s/ Patricia I. James
Patricia I. James