UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br>Plaintiffs,<br>v.<br>HOST INTERNATIONAL, INC., et al.,<br>Defendants. | Civil No. 07cv2056-H(BLM)<br>**ORDER SETTING EXPEDITED BRIEFING SCHEDULE** |

On August 15, 2008, Plaintiffs' counsel requested the Court's assistance in resolving various discovery disputes. In order to resolve these disputes in an expeditious manner, the Court issues the following briefing schedule:

1. Plaintiffs shall file their motion on or before **August 18, 2008**;

2. Defendants shall file their opposition on or before **August 25, 2008**;

3. Plaintiffs shall file their reply on or before **August 29, 2008**; and,

4. The Court will hear oral argument on **September 5, 2008** at **2:00 p.m.**

In light of the attorneys' representations that many, if not all, of the current discovery disputes arise from discovery conducted **after** the July 18, 2008 discovery deadline imposed by this Court [see Doc. No. 11], the parties are required to address how Plaintiffs' failure to comply with this Court's order affects Plaintiffs' current requests and arguments.

**IT IS SO ORDERED.**

DATED: August 15, 2008

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE MARILYN L. HUFF
U.S. DISTRICT JUDGE

ALL COUNSEL