David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HOST INTERNATIONAL, INC., and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>PLAINTIFFS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO COMPEL DEPOSITION, ANSWERS TO DEPOSITION QUESTIONS AND PRODUCTION OF DOCUMENTS<br><br>Date: September 5, 2008<br>Time: 2:00 p.m.<br>Courtroom: 5, Third Floor<br>Magistrate Barbara L. Major |

I.

KEY HUMAN RESOURCES MANAGER NOT IDENTIFIED PURSUANT TO FRCP 26(a)(1)(A), AND PLAINTIFFS ASK LEAVE TO DEPOSE THIS WITNESS.

Cecilia Hoatson was not properly identified as a key decisionamaker and orchestrator of the Darryl Murray s termination. Even in the meet and confer on Friday, August 15, 2008, defense counsel represented to the Court that Ms. Hoatson was not involved in the process. Depositions of several of the witnesses prove otherwise as shown below:

1. Cecilia Hoatson personally organizes investigation. Idalia Castro deposition, 110:6 to 111:2. (All deposition pages of Idalia Castro referred to herein are attached to Plaintiff s Notice of Lodgment as Exhibit A.) Q. And how long did your investigation take after your