David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HOST INTERNATIONAL, INC., and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>DECLARATION OF PATRICIA I. JAMES IN SUPPORT OF PLAINTIFFS MOTION TO COMPEL DEPOSITION, ANSWERS TO DEPOSITION QUESTIONS AND PRODUCTION OF DOCUMENTS<br><br>Date: September 5, 2008<br>Time: 2:00 p.m.<br>Courtroom: 5, Third Floor<br>Magistrate Barbara L. Major |

I, Patricia I. James, declare:

1. I am an attorney licensed to practice under the laws of the State of California and am a partner in Miller, King & James, LLP, counsel of record for Plaintiffs Darryl Murray and Debra Murray. All facts set forth herein are based upon my personal knowledge and, if called upon as a witness, I could testify competently hereto.

2. The depositions of Claudia Gallegos, Sandra Rosales, Idalia Castro, Darin Chadwick and Thomas Stein were initially noticed on June 4, 2008 for depositions to take place on June 18, 19 and 24, 2008.

3. Correspondence was sent to opposing counsel Serafina Raskin along with the deposition notices to make sure all deponents, with the exception of Chadwick, were Host

employees. We were unable to locate Chadwick and he was never served or deposed.

4. There were then phone calls back and forth with Ms. Raskin and me regarding availability. Ms. Rosales apparently wouldn t return Ms. Raskin s phone calls. In a later conversation, Ms. Raskin indicated that the subpoenas for Mr. Stein and Ms. Castro were insufficient due to the location of the defendants and we had to resend. My paralegal contacted Mr. Stein, Ms. Castro and Mr. Lutz with Ms. Raskin s permission but no one returned her phone calls.

5. Once Ms. Raskin gave us dates and times, the depositions of Ms. Rosales and Ms. Gallegos were scheduled on or about July 2, 2008, set for July 16, 2008. The depositions of Mr. Stein, Ms. Castro and Mr. Lutz were subsequently scheduled on July 3, 2008, set for week of July 14, 2008.

6. We then wanted to depose additional people; Jennifer Lakin, Joe Lutz and Elie Maalouf. Rather than send unilateral notices for these people, we were working with Ms. Raskin to assist us in scheduling the depositions at a time convenient for the deponents. Once that was achieved, the proper subpoenas and necessary deposition notices were sent. Ms. Raskin stipulated to the pre-arranged dates and agreed to produce documents by fax before Ms. Castro s deposition.

7. The depositions we noticed before the discovery cutoff were proper and timely and could have gone forward, depending on witness availability. However, I believe that, due to the schedule of the deponents, they were either not available or it was more convenient for them to be deposed the week after the cutoff. Therefore, it was agreed that the depositions would go forward the following week.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 18th day of August, 2008.

MILLER, KING & JAMES, LLP

______________________________

Patricia I. James