David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HOST INTERNATIONAL, INC., and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>NOTICE OF PLAINTIFFS' MOTION TO COMPEL DEPOSITION, ANSWERS TO DEPOSITION QUESTIONS AND PRODUCTION OF DOCUMENTS<br><br>Date: September 5, 2008<br>Time: 2:00 p.m.<br>Courtroom: 5, Third Floor<br>Magistrate Barbara L. Major |

TO: HOST INTERNATIONAL, INC. AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT ON September 5, 2008 at 2:00 p.m. or as soon thereafter as the matter may be heard in the above-entitled Court located at 940 Front Street, San Diego, California, Plaintiffs DARRYL MURRAY and DEBRA MURRAY will and hereby does move this Court for an order compelling (i) the deposition of Cecilia Hoatson since she was not listed in the Rule 26 disclosures; (ii) the deposition of Chuck Powers since his role in the termination was and continues to be misrepresented by Defendant; (iii) the re-deposition of Idalia Castro to answer questions pertaining to documents that were not produced prior to her deposition; (iv) the completion of the deposition of Joseph Lutz since it was not finished; (v) the re-deposition of Elie Maalouf, because he refused to answer any

hypothetical questions; and (vi) the production of policy manuals discussed in depositions and allegedly relied upon by Defendant; and (vii) to produce the "Notice of Termination" that Idalia Castro read and saw Joe Lutz give to Darryl Murray.

Plaintiffs also move for an order that Defendant HOST INTERNATIONAL, INC. pay to the Plaintiffs the sum of $2,650 as the reasonable costs and attorney fees incurred by these moving parties in connection with the proceeding. This motion is made on the grounds that the questions that were or are to be propounded are relevant to the subject matter of the action and do not relate to privileged matters and Mr. Maalouf's refusal to answer was without justification. This motion is further made on the grounds that the documents were properly and timely requested, and that Defendant represented that the document production was complete when in fact it was not.

This motion will be based on the Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith and the Declarations of attorneys Todd Tappe and Patricia I. James.

Dated: August 18, 2008 MILLER, KING & JAMES, LLP

s/ Patricia I. James
David D. Miller
Nicholas S. King
Patricia I. James
Attorneys for Plaintiffs