BAILEY LAW GROUP, P.C.
KATHY BAILEY (*admitted pro hac vice*)
SERAFINA RASKIN (California Bar No. 244960)
8105 Irvine Center Drive
Suite 900
Irvine, CA 92618
Telephone: (949) 453-1755
Facsimile: (949) 453-1757

Attorney for Defendant
HOST INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOST INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO. 07CV2056-H (BLM)<br><br>HONORABLE MARILYN HUFF<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGEMENT BY DEFENDANT HOST INTERNATIONAL, INC.**<br><br>**Date: September 22, 2008**<br>**Time: 10:30 a.m.**<br>**Place: Room 13**<br>**Pre-Trial Conf: October 20, 2008**<br><br>**ORAL ARGUMENT NOT REQUIRED** |

TO PLAINTIFFS DARRYL AND DEBRA MURRAY, AND THEIR ATTORNEYS OF RECORD, DAVID D. MILLER, AT THE LAW OFFICES OF MILLER, KING, AND JAMES:

PLEASE TAKE NOTICE that on September 22, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn Huff, United State District Judge for the Southern District of California, located at 940 Front Street, San Diego, CA 92101, Defendant HOST INTERNATIONAL, INC. ("HOST"), will and hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment with respect to each and all of the claims remaining in Plaintiffs Darryl and Debra Murray's ("Plaintiff" or "Plaintiffs") First Amended Complaint on file herein. This motion is made on the grounds that there is no genuine issue

as to any material fact and HOST is entitled to summary judgment against Plaintiffs, as a matter of law.

The Motion for Summary Judgment is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Uncontroverted Statement of Material Facts, and is supported by the Declarations of Idalia Castro, Thomas Stein, and Joe Niknam; cited portions of the deposition transcripts of Plaintiffs Darryl and Debra Murray; all pleadings and papers on file in this action; and upon such other matters as may be presented to the Court prior to or at the time of the hearing.

HOST is entitled to summary judgment, as a matter of law, for every reason set forth in the accompanying Memorandum of Points and Authorities, including the following:

Plaintiff's first cause of action for violation of the Fair Employment and Housing Act ("FEHA") fails as a matter of law because: (1) Plaintiff cannot establish a *prima facie* case of age discrimination; (2) HOST's reasons for terminating Plaintiff's employment for violating HOST's Non-Harassment Policy are plainly legitimate and non-discriminatory; and (3) Plaintiff cannot prove pretext.

Plaintiff's second cause of action for violation of public policy fails as a matter of law because Plaintiff cannot establish a violation of FEHA, and cannot show that either a statute nor constitutional provision has been violated.

Plaintiff's third cause of action for breach of implied contract fails as a matter of law because it is precluded by Plaintiff's express at-will employment. Even if Plaintiff could show that he had an implied contract, Plaintiff third cause of action for breach of implied contract fails because Plaintiff cannot establish an implied contract to terminate him only with good cause. Even if the Plaintiff can prove the existence to terminate him only with good cause, HOST had good cause for Plaintiff's discharge because he violated HOST's Non-Harassment Policy. Accordingly, Plaintiff's third cause of action fails.

Plaintiff's fourth cause of action for breach of implied covenant of good faith and fair dealing as fails because Plaintiff's implied covenant claim is duplicative of his claim for breach of contract

and as a matter of law, Plaintiff cannot recover for both. Further, it also fails because Plaintiff was at all times employed on an at-will basis.

The fifth cause of action for loss of consortium brought by Debra Murray fails as a matter of law because it is derivative of Darryl Murray's age discrimination cause of action and Darryl Murray cannot establish a *prima facie* case of age discrimination.

DATED: August 22, 2008

BAILEY LAW GROUP, P.C.

BY: s/Serafina Raskin

Attorney for Defendant
HOST INTERNATIONAL, INC.
Email: sraskin@baileylawgroup.com