# DECLARATION OF IDALIA CASTRO

**I, Idalia Castro, declare as follows:**

I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify as to their accuracy:

1. From March 2002 to January 2007, I was the Senior Field HR Manager for HMS HOST or HOST INTERNATIONAL. Since January 2007, I have worked as the Senior Director of Human Resources for the Western District.

2. I am 50 years old.

3. On September 6, 2006, Sandra Rosales filed a written complaint with HOST against Plaintiff Darryl Murray for sexual harassment. A true and correct copy of the incident report filed by Sandra Rosales on September 6, 2006, and my translation of the same, is attached hereto as Exhibit "A."

4. I conducted an investigation into Sandra Rosales' sexual harassment complaint against Darryl Murray.

5. On September 6, 2006, I met with Ms. Rosales. During this meeting, she told me that Mr. Murray had kissed her at the party held at the home of Ms. Gallegos and that "she had pushed him away hoping her boyfriend didn't see." A true and correct copy of my notes from this meeting are attached hereto as Exhibit "B."

6. On September 7, 2006, I received a written statement from Claudia Gallegos which confirmed that Ms. Gallegos saw that Mr. Murray "gave [Ms. Rosales] a kiss on the lips" and that the kiss was "lingering." A true and correct copy of her statement is attached hereto as Exhibit "C."

7. HOST terminated Plaintiff's employment on September 21, 2006, for violating HOST's Non-Harassment Policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __14_____ day of _july_______, 2008, at Seattle, Washington.

Idalia Castro

# EXHIBIT
# A

002
A

HMS HOST

# Incident Report

Name: Claudia Rosales

Address/Telephone: (619)580-3931 240 W. Calle Primera #11

Date of Incident: 8-26-06 Time of Incident: around 7:15

Location of Incident: San Diego

Witnesses (Include Name, Address and Telephone Numbers): Claudia, Andrea, Brenda, Susan

Statement of Incident (Be Precise — State Who, What, Where, When, Why and How). Use back of this form if necessary.

Tube un desacuerdo con Darin mientras manejaba y llore. el estaba molesto porque no podiamos encontrar una direccion. Cuando llegamos a la casa de claudia llege al baño y mientras estaba en el baño darryl pregunto por mi. y Darin le dijo que yo estaba en el baño. cuando sali me pregunto si yo estaba bien le dije que si, que abia discutido con Darin. nada mas y entonces Darryl me dio un abrazo y un beso en la boca. y rapido yo lo empuje y me

Page 1 of 2

Signature Sandra Rosales Date 9-6-06

Witness Signature Date

Witness Signature Date

002
B

Sali para afuera con andrea claudia y brenda y Guan-
ellas bieron cuando el me beso y me dijeron que
~~que~~ porque me beso y les dije nose. y ya no me
preguntaron nada - entonces Darryl se fue al rato me
llamo como a las 9:00 p.m. y le dije que ya me iba a
la casa que Darin me iba a llevar. me dijo ok bay.
entonces me llamo otra vez cuando iba de regreso
a la casa me llamo 3 veces y me dejo un mensaje
diciendo que el ~~...~~ estaba ahí [illegible] y que
luego ya se iba. y eso fue todo. el martes 30 de agosto
hable con el a las 12:30 y le dije que ~~...~~ no me gusto
que me hubiera besado y nego haberme besado dijo que
no me beso y le dije si no me hubieras besado esto no
estaria pasando, tanto chisme entre las empleados y
problemas entre mi exnovio y yo.

I declare under penalty of perjury that the above statement is accurate and correct to the best of my knowledge.

Signature Sandra Rosales 9-6-06 Department

Position Prepared On

TRANSLATION FOR INCIDENT report 002

Translation of Incident Report: Sandra Rosales
Dated: 9/6/06
By: Idalia Castro, Senior Field HR Manager

I had an argument with Darin while driving and I cried he was upset because we couldn't find the address. When we got to Clandia's house I went to the bathroom and while I was in the bathroom Darryl asked for me. And Darin told him that I was in the bathroom. When I came out he asked me if I was alright I said yes that I had argued with Darin only that and then Darryl gave me a hug and kissed me in the mouth. I pushed him right away and I want outside with Andrea Claudia Brenda and Gwen they saw when he kissed me and they told me that why he kissed me and I said I don't know. And they did not ask me anything. Then Darryl left and later called me around 9pm and I told him that I was leaving for home that Darin was taking me. He said ok bye. Then he called me again when he was returning to the house he called me 3 times and left me a message saying that he would be there only about 5 minutes and then leave and that was all. Tuesday 30th of August I talked to him at 12:30 and I told him I didn't like that he had kissed me and he denied it and that he didn't kiss me I told him that this would not be happening if he wouldn't have kissed me. All this gossip between the employees and problems with my ex boyfriend and me.

# EXHIBIT
# B

IDALIA
NOTES

Sandy:

Told Shelby and Darryl when asked what was wrong……. that Darrin was abusing her … they asked physically and she said no… mentally

Darryl hugged and kissed her on the lips she was surprised since she was there with her boyfriend and this had never happened before she pushed him away hoping her boyfriend didn't see

Darryl kept calling here on her cell and she lied to her boyfriend telling him it was Shelby, but he kept calling and she told him it was Darryl and he told her he saw them kissing on the lips and they had a huge fight and split up

She said she didn't know why he kept calling including leaving a message for her asking if she was coming back to the party

Gave Darryl her cell number last year

7

# EXHIBIT
# C

HMS HOST

# Incident Report

Name: CLAUDIA .D. Gallegos

Address/Telephone: 4626. OREGON STEET

Date of Incident: 8-26-06 (Saturday) Time of Incident: Late evening

Location of Incident: Parents House

Witnesses (Include Name, Address and Telephone Numbers)
Claudia D Gallegos (cell) 542-0299
(Maybes) Brenda, Gwen, Darin, Shelby

Statement of Incident (Be Precise – State Who, What, Where, When, Why and How) Use back of this form if necessary

I just looked up. And Saw Darrel greet Sandy, gave her a kiss on the lips a small lingering kiss. ( Mouths closed. ) And parted ways.

Page ______ of ______

Signature Claudia D. Gallegos Date 9-7-06

Witness Signature Date

Witness Signature Date

Gallegos 10 A