# DECLARATION OF JOE NIKNAM

**I, Joe Niknam, declare as follows:**

I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify as to their accuracy:

1. Since October 19, 2006, I have worked as the General Manager of Food and Beverage at the San Diego International Airport.

2. I am 49 years old. At the time I took over as the General Manager I was 47 years old.

3. Prior to taking over as the general manager at the San Diego International Airport, I had worked at HOST for 16 years during which time I served as the general manager at two other locations (John Wayne Airports and Ontario Mills Mall).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of June, 2008, at San Diego, California.

Joe Niknam