# DECLARATION OF THOMAS STEIN

**I, Thomas Stein, declare as follows:**

I have personal knowledge of the facts contained in this declaration, and if called as a witness, I could and would testify as to their accuracy:

1. Since 2003, I have worked as the Director of Loss Prevention for HMS HOST or HOST INTERNATIONAL.

2. I am 40 years old.

3. On September 19, 2006, I interviewed Darryl Murray about the sexual harassment complaint that Sandra Rosales filed against him. During the interview Mr. Murray admitted to me that he kissed Ms. Rosales' at a party held at the home of Claudia Gallegos on August 26, 2006. A true and correct copy of my notes from this meeting, dated September 20, 2006, are attached hereto as Exhibit "A."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of August 20, 2008, at Bethesda, Maryland.

Thomas Stein

HMS HOST

INTEROFFICE MEMORANDUM

**DATE:** September, 20 2006

**TO:** Chuck Powers, Joe Lutz, Cecilia Hoatson, and Idalia Castro

**FROM:** Thomas Stein

**SUBJECT:** Notes from Darryl Murray Interview on 9/19/2006 regarding the kissing of Sandy Rosales on 8/26/2006, the removing of Darin Chadwick – AMII from position on 8/28/2006 and the tip jar program to offer free money to union associates

---

- Darryl initially admitted kissing Sandy at the party stating it was a hug and kiss goodbye like he did to a number of other associates who were there.
- No other associates acknowledged being kissed by Darryl at the party
- Darryl claims he hugs and kisses a lot of the associates here but never on the lips other than Sandy.
- When asked how many other times that has occurred, he backed off the statement by saying he's not even sure he kissed her on the lips that night. He claims he's not sure why it happened but he didn't think anything about it until he heard the rumors upon arriving at work on Monday the 28th.
- Darryl acknowledged he should never have gone to the party because it was at an associate's house and stated he's never done that before.
- Darryl stated he only talked to Darin once at the party and that was as he was leaving to say hi and goodbye.
- Darryl denies that he told Darin he was dressing Sandy like a school girl and that he thought that was very sexy
- Darryl claims Sandy asked he and Jerry Shelby not to leave; nearly begging them to stay, and insisted they come back to the party
- Darryl states Sandy told him Darin was abusing her and he was concerned for her safety. He hugged and kissed her as they were leaving because she was looking like she was going to start crying again. Darryl told her he would come back or at least call her to check in on her.
- Darryl stated he's called Sandy repeatedly over the years for business and personal reasons. Anytime Sandy called him, he would call her back like he does for every associate when they call him.
- Darryl denies telling Darin he would "Kick his ass" while in the elevator on Monday the 28th, as he was taking Darin down to the Cooler to have a private conversation with him regarding the rumors Darin was spreading about Darryl kissing his girlfriend at the 8/26 party.
- When in the cooler, Darryl told Darin he never kissed Sandy on the lips and that Darin must have been mistaken. Darin confronted him with the fact that he was three feet away watching it happen and Darryl than stated it was only a peck; nothing sexual was meant by it.
- Darryl states the decision to pull Darin out of his acting SM role was made the previous week and it was already set to happen on Monday the 28th.
- Darryl admits prefacing the discussion with Darin about moving him from the acting position with the statement, "This has nothing to do with what we discussed earlier." That was

said to insure Darin didn't think it was in response to Darin spreading rumors about Darryl kissing his girlfriend

- Darryl claims he had a sit down casual and undocumented conversation with Darin the prior month about his performance. Neither Darin nor Kuldip, the AMII who is acting AGM and Darin's immediate supervisor, have any knowledge of that conversation nor is it documented anywhere. Darryl acknowledges he never documented any of Darin's progress, whether good or bad as he claims he was leaving that up to Kuldip. He had no justification for pulling him out other than the manager who he replaced Darin with was failing miserably in his current role so he wanted to give him a smaller and easier location to run.
- Darryl claims he assured Darin he would receive a development plan after being moved out of the Acting SM role to get him ready to be a SM but that has not been developed or administered to date.
- Darryl claims he promised and gave Darin a 5% raise for becoming an AMII and acting SM but Darin states he only received a 5% increase based on his performance evaluation in April.
- Darryl admitted dancing in a provocative manner at the last Christmas party stating, "I dance like people dance today, there's nothing sexual about it, and I just like to dance."
- When asked if any of his manager or associates have ever counseled him on his behavior because they felt it was inappropriate, he stated that happened this summer while out for dinner with associates and managers. Adrianna told him she didn't appreciate comments he made about Mexican food. Darryl stated he couldn't recall whether or not he was ever confronted by anyone else.
- We know he was and by his AGM at the Christmas party this year because of the way he was dancing with Sandy in such a provocative and sexual manner.
- Darryl also admitted knowing Darin who was an AMII was dating Sandy who was one of Darin's direct reports. The only thing Daryl said to him was to be careful, keep it away from the branch and don't let it interfere with your work.
- Darryl admitted fronting Sandy $500-$600 to go to Bartending School last year. He told her to get a check for the school from Jennifer Lakin, cash it and give him back the money. Darryl stated that did happen but believes she paid him by check. When asked how many other associates he had done that for the answer was none.

TIP JAR Issue

- Darryl has maintained a tip jar campaign that boasts it will help our HMSHost associates go to school. Darryl claims it was approved by Jack, Jean Mario and Mike Hasenzahl when he was still here.
- Tip jars are on every register, funds are deposited into a charity account, he and two managers decide each month which Union Associates should receive money, only pays $500 at the max to anyone and limits how many times associates can receive money. Fund is to be used for school and makes associates write an essay as to why they deserve the money but doesn't know whether it's really for school. Darryl thought there was $7,000 in the account but there's actually $17,000 in that account. The associates are given a tax free check.
- Darryl also admits he gives other donations out of that account and buys charity silent auction gifts for his managers from that account every year. He also realizes there is already a budgeted amount on his P&L for charitable contributions and community service type donations. Darryl claims he never thought about the discriminatory method of disbursing funds to the associates nor did he know it was a violation to give money to associates without it being taxed or reported to the govt.
- When reviewing the list of checks paid out of that account over the last few years, in excess of $500, Darryl had no idea what the larger amounts of money were for.

Darryl acknowledged he now has to change his behavior because he realizes sexual harassment and inappropriate behavior is in the eye of the accuser. Even though he didn't mean anything by

his forwardness he realizes it has been perceived to be sexually harassing and somewhat discriminatory in nature. Darryl stated he needs to know whether he's going to be terminated because he needs to takes steps on his own to protect himself.

_______ = information that changed from his initial interview with Idalia

_______ = New information