# PROOF OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion and Motion for Summary Judgment
2. Memorandum of Points and Authorities in Support of Motion for Summary Judgment
3. Statement of Uncontroverted Material Facts in Support of Motion for Summary Judgment (with Exhibit 1: Excerpts from the Deposition Testimony of Plaintiff Darryl Murray; Exhibit 2: Excerpts from the Deposition Testimony of Plaintiff Debra Murray; Declaration of Idalia Castro and attachments; Exhibit C: Declaration of Thomas Stein and attachment; Exhibit D: Declaration of Joe Niknam.)
4. Pursuant to the Admin Policies & Procedures Manual, section ll.h, the proposed order was E-mailed to Judge Marilyn Huff at efile_huff@casd.uscourts.gov.
5. The CM/ECF system will send notification of these filings to the persons listed below:
    a. Patricia I James at pjames@ddmassociates.com; cford@ddmassociates.com.
    b. David D Miller at cford@ddmassociates.com, mdube@ddmassociates.com.

DATED: August 22, 2008

BAILEY LAW GROUP, P.C.

BY: s/Serafina Raskin

Attorney for Defendant
HOST INTERNATIONAL, INC.
Email: sraskin@baileylawgroup.com