BAILEY LAW GROUP, PC
KATHY DIANE BAILEY (*admitted pro hac vice*)
SERAFINA RASKIN (California Bar No. 244960)
8105 Irvine Center Drive
Suite 900
Irvine, CA 92618
Telephone: (949) 453-1755
Facsimile: (949) 453-1757

Attorney for Defendant
HOST INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br>Plaintiffs,<br>vs.<br>HOST INTERNATIONAL, INC.,<br>Defendant. | CASE NO.: 3:07-CV-02056-H (BLM)<br><br>**NOTICE OF MOTION AND DEFENDANT'S MOTION IN LIMINE TO EXCLUDE AMY OPPENHEIMER'S EXPERT REPORT AND TRIAL TESTIMONY**<br><br>**Date: September 22, 2008**<br>**Time: 10:30 a.m.**<br>**Place: Room 13**<br>**Pre-Trial Conf: October 20, 2008**<br><br>**ORAL ARGUMENT NOT REQUIRED** |

TO PLAINTIFFS DARRYL AND DEBRA MURRAY, AND THEIR ATTORNEYS OF RECORD, DAVID D. MILLER, AT THE LAW OFFICES OF MILLER, KING, AND JAMES:

PLEASE TAKE NOTICE that on September 22, 2008 at 10:30 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Marilyn Huff, United State District Judge for the Southern District of California, located at 940 Front Street, San Diego, CA 92101, Defendant HOST INTERNATIONAL, INC. ("HOST"), will and hereby moves the Court to exclude the testimony and expert report of Amy Oppenheimer (the "Report"), a proposed expert witness in this case.

In the Report, Ms. Oppenheimer acknowledged that she had done only a limited review of the evidence in the case and that therefore, she did not provide a complete opinion as required by Fed. R.

Civ. Pro. 26(a)(2)(B). The Report should be excluded because it does not meet Rule 26(a)(2)(B)'s completeness requirement. Furthermore, the Report does not meet the standards of reliability and relevance outlined by Fed. R. Evid. 702 and in *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993).

For the reasons set forth more fully in the accompanying Memorandum, HOST respectfully requests the Court to exclude the Report and testimony of Amy Oppenheimer in the present case.

Respectfully submitted,

Bailey Law Group, P.C.

Dated: August 22, 2008

By: /s/Kathy Bailey
Kathy Bailey (No. 427407)
kbailey@baileylawgroup.com
1615 L Street, N.W., Suite 1350
Washington, D.C. 20036
(202) 887-8040 (Telephone)
(202) 887-8044 (Facsimile)