# EXHIBIT 2

EXHIBIT 2



U.S. DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

DARRYL MURRAY and
DEBRA MURRAY,

Plaintiffs, Case No. 07CV2056-H(BLM)

vs.

HMS HOST Corporation,
HMS HOST Family
Restaurants, INC.,
HMS HOST USA, INC., and
DOES 1-100, Inclusive,

Defendants.

---

TELEPHONIC DEPOSITION OF IDALIA CASTRO

SAN DIEGO, CALIFORNIA

JULY 18, 2008

REPORTED BY: MONICA M. FRANK, CSR No. 13320

A. That's correct.
Q. So after you gave these instructions, what made you feel -- why did you feel it was necessary to take the additional restrictive measure of suspension?
A. Because all of those associates reporting to him directly, and I didn't want them to feel like they should be feeling intimidated or they couldn't come and talk to us. He is a figurehead. He would be walking around. It just -- I felt would put people at ease if he was not there.
Q. That's a reason.
But you said Cecilia Hoatson disagreed with the suspension initially; is that correct?
A. I didn't say that.
Q. Tell me what happened, please.
A. I said this is my recommendation. I do need help because there is quite a few people, and she suggested that Tom Stein and Rod Taylor, which are our loss prevention that we work with very closely in a part of our HR department, come and assist in this investigation, recap, and make a recommendation.
Q. Before I ask some questions about Mr. Stein and Mr. Taylor, let me just ask you one more time to clarify what happened with this suspension.
What was the timeline? I understand you

recommended the suspension to Cecilia Hoatson.
And what happened next about the suspension?
A. We put it on hold until we finished all of -- we talked, you know, to some of the other people. And Tom Stein and Rod came in and we all can debrief and decide what we should do.
Q. So is it fair to say that it was Cecilia Hoatson's determination that Darryl Murray, you know, his presence, would not unduly interfere with the investigation?
Is that a fair assessment, or am I missing it?
A. I think she just wanted more -- she wanted to have the three of us there on the grounds talking to the associates to make a determination.
Q. Determination about suspension?
A. About suspension, yes.
Q. Well, I thought the reason for the suspension was so that the associates would not be intimidated?
A. That's correct. That's my -- that's what I recommended.
Q. But Cecilia Hoatson said, "No. We are not going to suspend him for that reason." And, in fact, Darryl Murray was not suspended during the initial

investigation; is that correct?

A. That's not correct. She didn't say, "No. He should not be suspended." She said, "Let me send -- why don't all three of you there talk to the associates, and I will have Tom Stein talk to Darryl Murray." Because the first -- my first interview with Darryl, he stated that none -- that he didn't kiss her. That that didn't happen.

I thought it did from what everyone was saying, and I recommended that maybe a man talking to another man would probably be better. Maybe he would not feel as intimidated or embarrassed to say something about what had happened, and that's why Tom Stein came down.

He has done investigations before. That's part of his job, and he had a rapport with Darryl Murray. So we brought him down so he could talk to Darryl and talk to the other associates, and then we can make a recommendation.

Q. What was Tom Stein's rapport with Darryl Murray?

A. Tom -- they had a rapport. I don't know because I never have been together with them.

Q. You are the one -- wait, who decided to bring Tom Stein? I thought you said you did?

A. No. We decided together.
Q. You and Cecilia Hoatson?
A. Yes.
Q. So who knew this rapport between Tom Stein and Darryl Murray was the reason for bringing Tom Stein?
A. I think Cecilia knew about the rapport. Tom Stein stated he had a rapport with him.
Q. Before you even decided to contact Tom Stein and get his involvement, am I to understand that Cecilia Hoatson is the one that said, "Yeah. Contact Tom. He has a rapport with Darryl Murray"?
A. No.
Q. How did it occur?
A. Tom Stein is at corporate in Bethesda with Cecilia Hoatson. He works out of that office. When I discussed with Cecilia that I was going down there to investigate, I am sure that he was brought into the loop of this investigation. And during that course there might have been conversation that he did have rapport with Darryl Murray.
Q. But those occurred between Cecilia Hoatson and Tom Stein without you involved, correct?
A. I wasn't involved.
Q. Sometime you learned that one of the

I, the undersigned, a Certified Shorthand Reporter of the State of California, do hereby certify:

That the foregoing proceedings were taken before me at the time and place herein set forth; that any witnesses in the foregoing proceedings, prior to testifying, were duly sworn; that a verbatim record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; that the foregoing transcript is a true record of the testimony given.

Further, that if the foregoing pertains to the original transcript of a deposition in a Federal Case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

I further certify I am neither financially interested in the action nor a relative or employee of any attorney of party to this action.

IN WITNESS WHEREOF, I have this date subscribed my name.

Dated: July 29, 2008

Monica M. Frank

MONICA M. FRANK
CSR NO. 13320