# PROOF OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Notice of Motion and Motion to Exclude Expert Witness Report By Amy Oppenheimer
2. Memorandum of Points and Authorities in Support of Motion to Exclude Expert Witness Report By Amy Oppenheimer
3. Statement of Uncontroverted Material Facts in Support of Motion to Exclude Expert Witness Report By Amy Oppenheimer (with Exhibit 1: Expert Witness Report; Exhibit 2: Deposition Transcript of Idalia Castro.)
4. Pursuant to the Admin Policies & Procedures Manual, section ll.h, the proposed order was E-mailed to Judge Marilyn Huff at efile_huff@casd.uscourts.gov.
5. The CM/ECF system will send notification of these filings to the persons listed below:
    a. Patricia I James at pjames@ddmassociates.com; cford@ddmassociates.com.
    b. David D Miller at cford@ddmassociates.com, mdube@ddmassociates.com.

DATED: August 22, 2008

BAILEY LAW GROUP, P.C.

BY: s/Serafina Raskin

Attorney for Defendant
HOST INTERNATIONAL, INC.
Email: sraskin@baileylawgroup.com