# TABLE OF CONTENTS TO EXHIBITS


Exhibit 1: Claudia Gallegos' Notice of Deposition.

Exhibit 2: Sandra Rosales' Notice of Deposition.

Exhibit 3: Correspondence from Serafina Raskin to Opposing Counsel dated June 9, 2008.

Exhibit 4: Subpoena and Deposition Notice for Idalia Castro.

Exhibit 5: Subpoena and Deposition Notice for Thomas Stein.

Exhibit 6: Subpoena and Deposition Notice for Jennifer Lakin.

Exhibit 7: Subpoena and Deposition Notice for Joe Lutz.

Exhibit 8: Proof of Service re Responses to Requests for Production of Documents and correspondence to opposing counsel dated July 24, 2008.

Exhibit 9: Email from Christina Ford, Paralegal for Plaintiffs' counsel to HOST dated July 14, 2008.

Exhibit 10: Subpoena and deposition notice for Elie Maalouf.

Exhibit 11: Correspondence from Plaintiffs' counsel to HOST's counsel dated August 1, 2008.

Exhibit 12: Correspondence from HOST's counsel to Plaintiffs' counsel, dated August 5, 2008.

Exhibit 13: HOST's initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1)(A).

Exhibit 14: Excerpt from deposition transcript of Joe Lutz.

Exhibit 15: Excerpt from deposition transcript of Plaintiff Darryl Murray.

Exhibit 16: Exhibit "10" from the deposition transcript of Darryl Murray.

Exhibit 17: Excerpt from deposition transcript of Jennifer Lakin.

Exhibit 18: Correspondence from HOST's counsel to Plaintiffs' counsel dated July 25, 2008.

Exhibit 19: Correspondence from HOST's counsel to Plaintiffs' counsel dated January 3, 2008.

Exhibit 20: Excerpt from deposition transcript of Elie Maalouf.