# EXHIBIT 1

David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., and DOES 1-100, Inclusive.<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>**NOTICE OF DEPOSITION OF CLAUDIA GALLEGOS**<br><br>Date: Wednesday, June 18, 2008<br>Time: 10:00 a.m.<br>Location: Miller, King & James, LLP<br>707 Broadway, Suite 1800<br>San Diego, California 92101<br><br>Complaint filed: 8/29/07<br><br>[Fed. R. Civ. P. 30] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of CLAUDIA GALLEGOS, will be taken at the Law Offices of Miller, King & James, LLP, located at 707 Broadway, Suite 1800, San Diego, California 92101. The deposition will commence at **10:00 a.m. on Wednesday, June 18, 2008** and continue from day to day until completed. The deposition will be under oath and recorded stenographically by a certified court reporter. The deposition may also be recorded by video tape pursuant to Fed. R. Civ. P 30 (b)(2).

Said deposition will be taken on oral examination before a Certified Shorthand Reporter and will continue from day to day thereafter, Sundays and holidays excepted, until completed. The testimony may be recorded by video technology in addition to recording the testimony by the stenographic method. Plaintiffs reserve the right to use said deposition

transcript and/or video recording at trial in lieu of live testimony from the deponent.

Dated: June 3, 2008

MILLER, KING & JAMES, LLP

By: Patricia I. James

David D. Miller
Nicholas S. King
Patricia I. James
Attorneys for Plaintiffs

Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM
**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **June 4, 2008** I served a true copy of the following document(s):

1. **Notice of Deposition of Claudia Gallegos**
2. **Notice of Deposition of Darin Chadwick**
3. **Federal Subpoena re Notice of Deposition of Darin Chadwick**
4. **Notice of Deposition of Sandra Rosales**
5. **Notice of Deposition of Idalia Castro and Request for Production of Documents**
6. **Notice of Deposition of Thomas Stein and Request for Production of Documents**

on all interested parties in this action as follows:

Serafina Raskin, Esq. — Attorney for Defendants
Bailey Law Group, PC
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

**X** **U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

**BY FAX:** I transmitted a copy of the foregoing document(s) on this date by facsimile transmittal to the number shown on the service list.

**BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

**BY PERSONAL SERVICE:** I personally delivered such document(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 4, 2008** in San Diego, California.

[signature]

Christina M. Ford

# EXHIBIT 2

David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., and DOES 1-100, Inclusive.<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>**NOTICE OF DEPOSITION OF SANDRA ROSALES**<br><br>Date: Thursday, June 19, 2008<br>Time: 1:30 p.m.<br>Location: Miller, King & James, LLP<br>707 Broadway, Suite 1800<br>San Diego, California 92101<br><br>Complaint filed: 8/29/07<br><br>[Fed. R. Civ. P. 30] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of SANDRA ROSALES, will be taken at the Law Offices of Miller, King & James, LLP, located at 707 Broadway, Suite 1800, San Diego, California 92101. The deposition will commence at **1:30 p.m. on Thursday, June 19, 2008** and continue from day to day until completed. The deposition will be under oath and recorded stenographically by a certified court reporter. The deposition may also be recorded by video tape pursuant to Fed. R. Civ. P 30 (b)(2).

Said deposition will be taken on oral examination before a Certified Shorthand Reporter and will continue from day to day thereafter, Sundays and holidays excepted, until completed. The testimony may be recorded by video technology in addition to recording the testimony by the stenographic method. Plaintiffs reserve the right to use said deposition transcript and/or

video recording at trial in lieu of live testimony from the deponent.

Dated: 06/03/2008

MILLER, KING & JAMES, LLP

By: Patricia I. James

David D. Miller
Nicholas S. King
Patricia I. James
MILLER, KING & JAMES, LLP
Attorneys for Plaintiffs

Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM
**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **June 4, 2008** I served a true copy of the following document(s):

1. **Notice of Deposition of Claudia Gallegos**
2. **Notice of Deposition of Darin Chadwick**
3. **Federal Subpoena re Notice of Deposition of Darin Chadwick**
4. **Notice of Deposition of Sandra Rosales**
5. **Notice of Deposition of Idalia Castro and Request for Production of Documents**
6. **Notice of Deposition of Thomas Stein and Request for Production of Documents**

on all interested parties in this action as follows:

Serafina Raskin, Esq. — Attorney for Defendants
Bailey Law Group, PC
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

X **U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

**BY FAX:** I transmitted a copy of the foregoing document(s) on this date by facsimile transmittal to the number shown on the service list.

**BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

**BY PERSONAL SERVICE:** I personally delivered such document(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **June 4, 2008** in San Diego, California.

[signature]

Christina M. Ford

# EXHIBIT
# 3

# BAILEY LAW GROUP

**Washington, DC • Boulder County, CO • Orange County, CA**

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Patricia James | FROM: Serafina Raskin |
| COMPANY: Miller, King & James, LLP | DATE: 7/9/2008 |
| FAX NUMBER: 619-685-0011 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: 619-685-0077 | SENDER'S REFERENCE NUMBER: |
| RE: Murray v. Host | YOUR REFERENCE NUMBER: |

☑ URGENT ☑ FOR REVIEW ☑ PLEASE COMMENT ☑ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached correspondence.

ATTENTION - The information contained in this facsimile is protected by attorney-client and/or attorney work product privilege, and intended solely for the use of the individual(s) to whom it is addressed. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that dissemination, distribution or copying of this transmission is prohibited.

# BAILEY LAW GROUP

Washington, DC • Orange County, CA • Boulder County, CO

January 9, 2008

**VIA FACSIMILE**

Patricia James
Miller, King & James, LLP
Attorneys at Law
707 Broadway, Suite 1800
San Diego, CA 92101-5314

Re: Scheduling depositions

Dear Ms. James:

This letter is to follow up on our telephone conversation earlier in the day wherein you agreed to withdraw and re-serve the subpoenas to Thomas Stein, Idalia Castro and Joe Lutz. As promised, the current contact information for these individuals is:

| for Idalia Castro: | for Thomas Stein: | for Joseph Lutz: |
|---|---|---|
| Seatack International Airport | HMSHost Corporation | SeaTac International Airport |
| HMSHost Room 202 | 6600 Rockledge Drive | HMSHost Room 202 |
| Seattle, Washington 98158 | Bethesda, MD 20817 | Seattle WA, 98158 |
| 206-433-6791 | 240-694-4727 | 206-433-6797 |

Also, as I informed you over the phone, I have left telephone messages for both Sandra Rosales and Claudia Gallegos. As soon as I speak to Ms. Rosales and Ms. Gallegos, I will let you know whether they will allow me to accept service on their behalf and whether they are available to be deposed on the dates you noticed.

Finally, we both agreed that to facilitate the numerous depositions to be completed in this case, we will extend the discovery deadline to July 25. Please let me know if Ms. Oppenheimer is available to be deposed either July 24 or 25.

Sincerely,

Serafina Raskin

8105 Irvine Center Drive, Suite 900, Irvine, CA 92618
Tel. (949) 453-1755 • Fax. (949) 453-1757

# Transmission Report

Date/Time : 06/08/08 16:03
Personal Number :
Personal Name :

Transmission Information

| Start Time | Distant Station | TtlTime | Pages | Mode | Result | Comm. Contents |
|---|---|---|---|---|---|---|
| 06/08 16:02 | 916196850011 | 33" | 2/2 | ECM | NrmlEnd | |

Document transmission is complete.

## BAILEY LAW GROUP

**Washington, DC • Boulder County, CO • Orange County, CA**

### FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Patricia James | FROM: Serafina Raskin |
| COMPANY: Miller, King & James, LLP | DATE: 7/9/2008 |
| FAX NUMBER: 619-685-0011 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: 619-685-0077 | SENDER'S REFERENCE NUMBER: |
| RE: Murray v. Host | YOUR REFERENCE NUMBER: |

☑ URGENT ☑ FOR REVIEW ☑ PLEASE COMMENT ☑ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see attached correspondence.

ATTENTION: The information contained in this facsimile is protected by attorney client and/or attorney work product privilege and intended solely for the use of the individual(s) to whom it is addressed. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that dissemination, distribution or copying of this transmission is prohibited.

8105 Irvine Center Drive, Suite 900, Irvine, CA 92618
Tel. (949) 453-1755 • Fax. (949) 453 1757

# EXHIBIT
# 4

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

Western DISTRICT OF Washington

Darryl Murray and Debra Murray,

V.

Host International, Inc. et al.

## SUBPOENA IN A CIVIL CASE

Case Number:[1] 07CV2056-H (BLM)

TO: Idalia Castro

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| SeaTac International Airport (telephonically)<br>HMSHost Room 202, Seattle, Washington, 98158; 206.433.6791 | 7/18/2008 9:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached deposition notice with Request for Production of Documents. Due to the telephonic nature of the deposition, the documents must be received at the location below no later than the date and time specified below.

| PLACE | DATE AND TIME |
|---|---|
| Law Office of Miller, King & James, LLP<br>707 Broadway, Suite 1800, San Diego, CA 92101 - FAX: 619.685.0011 | 7/18/2008 9:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Patricia I. James, Attorney for Plaintiffs | 7/15/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Patricia I. James, Attorney for Plaintiffs
MILLER, KING & JAMES, LLP; 707 Broadway, Suite 1800, San Diego, CA 92101; 619.685.0077

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 12/06) Subpoena in a Civil Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

SERVED ON (PRINT NAME) MANNER OF SERVICE

SERVED BY (PRINT NAME) TITLE

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ____________________ ____________________
DATE SIGNATURE OF SERVER

____________________
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), as amended on December 1, 2006:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection, copying, testing, or sampling of designated electronically stored information, books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection, copying, testing, or sampling may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises — or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect, copy, test, or sample the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, copying, testing, or sampling. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection, copying, testing, or sampling commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) (A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(B) If a subpoena does not specify the form or forms for producing electronically stored information, a person responding to a subpoena must produce the information in a form or forms in which the person ordinarily maintains it or in a form or forms that are reasonably usable.

(C) A person responding to a subpoena need not produce the same electronically stored information in more than one form.

(D) A person responding to a subpoena need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or to quash, the person from whom discovery is sought must show that the information sought is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

(2) (A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

(B) If information is produced in response to a subpoena that is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has and may not use or disclose the information until the claim is resolved. A receiving party may promptly present the information to the court under seal for a determination of the claim. If the receiving party disclosed the information before being notified, it must take reasonable steps to retrieve it. The person who produced the information must preserve the information until the claim is resolved.

(e) CONTEMPT. Failure of any person without adequate excuse to obey a subpoena served upon that person may be deemed a contempt of the court from which the subpoena issued. An adequate cause for failure to obey exists when a subpoena purports to require a nonparty to attend or produce at a place not within the limits provided by clause (ii) of subparagraph (c)(3)(A).

David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., and DOES 1-100, Inclusive.<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>**SECOND AMENDED NOTICE OF DEPOSITION OF IDALIA CASTRO AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Date: Friday, July 18, 2008<br>Time: 9:00 a.m.<br>Location: SeaTac International Airport<br>HMSHost Room 202<br>Seattle, WA 98158<br>(Telephonic)<br><br>Complaint filed: 8/29/07<br><br>[Fed. R. Civ. P. 30] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of IDALIA CASTRO, will be taken telephonically at SeaTac International Airport, HMSHost Room 202, Seattle, WA 98158; 206.433.6791. Attorney for Plaintiffs will be located in San Diego, California.

The deposition will commence at **9:00 a.m. on Friday, July 18, 2008** and continue from day to day until completed. The deposition will be under oath and recorded stenographically by a certified court reporter. The deposition may also be recorded by video tape pursuant to Fed. R. Civ. P 30 (b)(2).

NOTICE IS FURTHER GIVEN that said Deponent is required to bring with her to her

deposition, at the time and place as set forth, the following documents (the documents can be sent via U.S. Mail or Facsimile to the Law Offices of Miller, King & James, LLP at 707 Broadway, Suite 1800, San Diego, CA 92101; FAX 619.685.0011, prior to the deposition so they are received timely):

**DEFINITIONS:**

1. "YOU" and "YOUR" are defined as IDALIA CASTRO and any and all of her agents, employees and representatives.

2. "MURRAY" is defined as Plaintiff DARRYL MURRAY, and any of his agents, employees or representatives.

3. The term "DOCUMENTS" shall include all writings, recordings, and photographs, whether originals or duplicates as those terms are identified in Sections 250 to 260 of the California Evidence Code and includes, but is not limited to, handwritings, type writings, printings, photostats, photocopies, and drawings, drafts, charts, photographs, x-rays, phono graphic and tape recordings, diaries, calendars, video recordings, and every other means of recording upon any tangible thing, any form of communication or representation which are in your possession, custody or control and from which information can be obtained or translated, including originals, or if the originals are not available, duplicates of said documents for which originals are not available.

1. A copy of YOUR most recently updated Curriculum Vitae or Resume.

2. Any and all documents relating to the termination of MURRAY.

3. Any and all statements, memos, or correspondence received by YOU regarding MURRAY.

4. Any and all documents given to MURRAY by YOU regarding the events surrounding his termination.

5. Any and all documents received by YOU regarding allegations of sexual harassment involving MURRAY.

6. Any and all documents evidencing investigations conducted to review allegations of

sexual harassment involving MURRAY.

7. Any and all documents evidencing the reason why MURRAY was terminated.

8. The entire personnel file of MURRAY.

Failure to identify and/or provide the writings, documents, records or memoranda requested may result in a request for sanctions, including a motion at the time of the trial to exclude the defaulting party's testimony and evidence of all matters with which the requested documents are concerned.

Said deposition will be taken on oral examination before a Certified Shorthand Reporter and will continue from day to day thereafter, Sundays and holidays excepted, until completed. The testimony may be recorded by video technology in addition to recording the testimony by the stenographic method. Plaintiffs reserve the right to use said deposition transcript and/or video recording at trial in lieu of live testimony from the deponent.

Dated: July 15, 2008

MILLER, KING & JAMES, LLP

By: [signature]
David D. Miller
Nicholas S. King
Patricia I. James
MILLER, KING & JAMES, LLP
Attorneys for Plaintiffs

Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM
**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **July 15, 2008** I served a true copy of the following document(s):

1. **Federal Subpoena for Joseph Lutz**
2. **First Amended Notice of Deposition of Joseph Lutz and Request for Production of Documents**
3. **Federal Subpoena for Thomas Stein**
4. **Second Amended Notice of Deposition of Thomas Stein and Request for Production of Documents**
5. **Federal Subpoena for Idalia Castro**
6. **Second Amended Notice of Deposition of Idalia Castro and Request for Production of Documents**

on all interested parties in this action as follows:

Serafina Raskin, Esq.
*Physically located at:*
Miller, King & James, LLP
707 Broadway, Suite 1800
San Diego, CA 92101

Attorney for Defendants

**U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

X **BY PERSONAL SERVICE:** I personally delivered such document(s) by hand to the addressee while she was at the above-stated address.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 15, 2008** in San Diego, California.

[signature]

Christina M. Ford