# EXHIBIT
# 8

# BAILEY LAW GROUP

Washington, DC • Orange County, CA • Boulder County, CO

July 24, 2008

**VIA OVERNIGHT MAIL**

Patricia James
Miller, King & James, LLP
Attorneys at Law
707 Broadway, Suite 1800
San Diego, CA 92101-5314

Re: Scheduling depositions

Dear Ms. James:

This letter is in response to your correspondence of July 23, 2008 regarding the documents requests attached to the deposition notices of Idalia Castro, Thomas Stein and Joseph Lutz. Enclosed please find the requested documents on a CD.

Sincerely,

Serafina Raskin

# PROOF OF SERVICE

STATE OF CALIFORNIA, )
) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is 8105 Irvine Center Drive, Suite 900, Irvine, CA 92618.

On July 24, 2008, I personally served the following document(s) described as:

**DOCUMENTS RESPONSIVE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUEMENTS TO IDALIA CASTRO, THOMAS STEIN AND JOSEPH LUTZ**

on the interested parties at:

Patricia James
Miller, King & James, LLP
Attorneys at Law
707 Broadway, Suite 1800
San Diego, CA 92101-5314
619-685-0011

☐ VIA FIRST CLASS MAIL: I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed the envelope and placed it in collection and the mailing this sate, following ordinary business practices.

☒ VIA OVERNIGHT MAIL: I caused such envelope to be delivered by a commercial carrier service for overnight delivery to the office(s) of the addressee(s) noted above.

☐ VIA FACSIMILE: I caused said document to be transmitted by Facsimile machine to the number indicated after the address(es) noted above.

☐ VIA PERSONAL SERVICE: I caused such envelope(s) to be delivered by hand this date to the offices of the addressee(s).

☐ VIA EMAIL: I caused said document to be transmitted by Email to the addresses indicated after the address(es) noted above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this document was executed on July 24, 2008, at Irvine, California.

Serafina Raskin

From: Origin ID: NZJA (949) 453-1755
Serafina Raskin
Bailey Law Group
8105 Irvine Center Drive
Suite 900
Irvine, CA 92618

FedEx. Express

E

JCLS0604082823

Ship Date: 24JUL08
ActWgt: 0.4 LB
System#: 1831529/INET8061
Account#: S *********

Delivery Address Bar Code

SHIP TO: (619) 685-0077 BILL SENDER

**Attn. Patrcia James**
**Miller, King & James, LLP**
**707 BROADWAY STE 1800**
**WASHINGTON MUTUAL BUILDING**
**SAN DIEGO, CA 92101**

Ref # 1-3-000-0046
Invoice #
PO #
Dept #

TRK# 0201 7970 3442 6928

**FRI - 25JUL** **A1**
**STANDARD OVERNIGHT**

**QW SDMA**

92101
CA-US
SAN

**After printing this label:**

1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

# EXHIBIT
# 9

Gmail

Serafina Raskin <sraskin@baileylawgroup.com>

# RE: Murray v. HMSHost - Elie Maalouf

4 messages

**Christina Ford <cford@ddmassociates.com>** **Mon, Jul 14, 2008 at 12:15 PM**
To: Serafina Raskin <sraskin@baileylawgroup.com>

Thank you.

We would also like to depose Elie Maalouf as well. I believe he is also located on the East Coast, so it will have to be telephonic. I would appreciate if you could send me his contact information as well so I can prepare an accurate subpoena.

Thank you for your help,

Christina

---

**From:** Serafina Raskin [mailto:sraskin@baileylawgroup.com]
**Sent:** Friday, July 11, 2008 4:36 PM
**To:** Christina Ford
**Subject:** Re: Murray v. HMSHost - Sandra Rosales

Christina-

I will find out and get back to you.

Best,

Serafina

On Fri, Jul 11, 2008 at 4:14 PM, Christina Ford <cford@ddmassociates.com> wrote:

Ms. Raskin,

Does Sandra Rosales need a translator for her deposition? She was using one to give her statement in the personnel file.

Thank you.

Christina M. Ford

Trial Paralegal

**Miller, King & James, LLP**

Attorneys at Law

707 Broadway, Suite 1800

San Diego, CA 92101

619.685.0077 ph

619.685.0011 fax

cford@ddmassociates.com

This e-mail message was sent of behalf of an attorney and is intended for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--

Serafina Raskin, Associate

Bailey Law Group

Washington, DC | Orange County, CA | Boulder County, CO
8105 Irvine Center Drive • Suite 900 •Irvine, CA 92618
949.453.1755 / 949.453.1757 (fax)
sraskin@baileylawgroup.com

Litigation | Employment Law | Business and Non-Profit Law | Real Estate | Environmental Law | Government and Regulatory Affairs | Alcoholic Beverage Licensing

ATTENTION - The information contained in this e-mail is protected by attorney-client and/or attorney work product privilege, and intended solely for the use of the individual(s) to whom it is addressed. If you are not the intended recipient or agent of the intended recipient, you are hereby notified that dissemination, distribution or copying of this transmission is prohibited.

IRS CIRCULAR 230: To the extent this communication contains federal tax advice, it is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

---

**Serafina Raskin <sraskin@baileylawgroup.com>** **Mon, Jul 14, 2008 at 2:18 PM**
To: Christina Ford <cford@ddmassociates.com>

Christina-

Elie Maalouf is located at the corporate HQ. Since he is HOST's President a subpoena is not required to compel his testimony. I will accept the deposition notice at my office. That being said, I cannot speak to Mr. Maalouf's availability prior to the discovery cut-off date. I have put a call into his office to inquire into his availability in the next few weeks- I know that he is extremely busy and travels quite a bit. I may be able to get him to clear his schedule depending on the amount of time that you require. How long do you anticipate his deposition lasting?

I will also contact Mr. Lutz regarding his availability, with the same caveat. How long do you anticipate his deposition lasting?

Best,

Serafina

[Quoted text hidden]

---

**Christina Ford <cford@ddmassociates.com>** **Mon, Jul 14, 2008 at 2:25 PM**
To: Serafina Raskin <sraskin@baileylawgroup.com>

Serafina,

For Lutz and Maalouf, no longer than an hour or so. I would anticipate the same for Castro and Stein. We understand that Mr. Maalouf is busy and this might be an issue this late in the game. I do appreciate you trying to nail him down for at least an hour for us.

I left messages for Mr. Stein and Mr. Lutz today re their availability rather than just sending more subpoenas on a day they were unavailable. Ms. Castro's phone just rings with no voicemail option, so perhaps you'll

have better luck. I need to send subpoenas out for at least those 3 no later than tomorrow morning, so hopefully we will hear back. Otherwise, if there are any dates that your office is unavailable, please let me know that as well.

Any word on the translator for Ms. Rosales? I think our court reporting service said they would just need to know by late tomorrow.

Thank you,

Christina

---

**From:** Serafina Raskin [mailto:sraskin@baileylawgroup.com]
**Sent:** Monday, July 14, 2008 2:19 PM
**To:** Christina Ford
**Subject:** Re: Murray v. HMSHost - Elie Maalouf

[Quoted text hidden]

---

**Serafina Raskin <sraskin@baileylawgroup.com>** **Mon, Jul 14, 2008 at 4:53 PM**
To: Christina Ford <cford@ddmassociates.com>

Hi Christina-

I just spoke to Ms. Rosales and she will need a translator. Thank you.

Best,

Serafina

[Quoted text hidden]

---

# EXHIBIT
# 10

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF California

Murray

V.

Host International, Inc., et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07CV2056-H(BLM)

TO: Elie Maalouf

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| HMSHost Corporation, 6600 Rockledge Drive, Bethesda, MD 20817 (Telephonic) | 4:00 (EST) 7/25/2008 1:00 pm (PST) |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Notice of Deposition

| PLACE | DATE AND TIME |
|---|---|
| Miller, King & James, LLP 707 Broadway, Suite 1800, San Diego, California 92101 | 4:00 (EST) 7/25/2008 1:00 pm (PST) |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Patricia L. James, Attorney for Plaintiffs | 7-24-08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Patricia I. James, Attorney for Plaintiff
MILLER, KING & JAMES, LLP; 707 Broadway, Suite 1800, San Diego, CA 92101; (619) 685-0077

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br>Plaintiffs,<br>v.<br>HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., and DOES 1-100, Inclusive.<br>Defendants. | CASE NO.:07CV2056-H (BLM)<br>**NOTICE OF DEPOSITION OF ELIE MAALOUF AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br>Date: Friday, July 25, 2008<br>Time: 1:00 p.m.<br>Location: HMSHost Corporation, 6600 Rockledge Drive, Bethesda, MD 20817 (Telephonic)<br>Complaint filed: 8/29/07<br>[Fed. R. Civ. P. 30] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of Elie Maalouf, will be taken telephonically at HMSHost Corporation, 6600 Rockledge Drive, Bethesda, MD 20817; 240.694.4338. Attorney for Plaintiffs will be located in San Diego, California.

The deposition will commence at **1:00 p.m. on Friday, July 25, 2008** and continue from day to day until completed. The deposition will be under oath and recorded stenographically by a certified court reporter. The deposition may also be recorded by video tape pursuant to Fed. R. Civ. P 30 (b)(2).

NOTICE IS FURTHER GIVEN that said Deponent is required to bring with him to his deposition, at the time and place as set forth, the following documents (the documents can be

sent via U.S. Mail or Facsimile to the Law Offices of Miller, King & James, LLP at 707 Broadway, Suite 1800, San Diego, CA 92101; FAX 619.685.0011, prior to the deposition so they are received timely):

**DEFINITIONS:**

1. "YOU" and "YOUR" are defined as ELIE MAALOUF and any and all of his agents, employees and representatives.

2. "MURRAY" is defined as Plaintiff DARRYL MURRAY, and any of his agents, employees or representatives.

3. The term "DOCUMENTS" shall include all writings, recordings, and photographs, whether originals or duplicates as those terms are identified in Sections 250 to 260 of the California Evidence Code and includes, but is not limited to, handwritings, type writings, printings, photostats, photocopies, and drawings, drafts, charts, photographs, x-rays, phono graphic and tape recordings, diaries, calendars, video recordings, and every other means of recording upon any tangible thing, any form of communication or representation which are in your possession, custody or control and from which information can be obtained or translated, including originals, or if the originals are not available, duplicates of said documents for which originals are not available.

1. A copy of YOUR most recently updated Curriculum Vitae or Resume.

2. Any and all documents relating to the termination of MURRAY.

3. Any and all statements, memos, or correspondence received by YOU regarding MURRAY.

4. Any and all documents given to MURRAY by YOU regarding the events surrounding his termination.

5. Any and all documents received by YOU regarding allegations of sexual harassment involving MURRAY.

6. Any and all documents evidencing investigations conducted to review allegations of sexual harassment involving MURRAY.

7. Any and all documents evidencing the reason why MURRAY was terminated.

8. The entire personnel file of MURRAY.

Failure to identify and/or provide the writings, documents, records or memoranda requested may result in a request for sanctions, including a motion at the time of the trial to exclude the defaulting party's testimony and evidence of all matters with which the requested documents are concerned.

Said deposition will be taken on oral examination before a Certified Shorthand Reporter and will continue from day to day thereafter, Sundays and holidays excepted, until completed. The testimony may be recorded by video technology in addition to recording the testimony by the stenographic method. Plaintiffs reserve the right to use said deposition transcript and/or video recording at trial in lieu of live testimony from the deponent.

Dated: July 24, 2008

MILLER, KING & JAMES, LLP

By: ______________________
David D. Miller
Nicholas S. King
Patricia I. James
MILLER, KING & JAMES, LLP
Attorneys for Plaintiffs

Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM

**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **July 24, 2008** I served a true copy of the following document(s):

1. **Federal Subpoena for Elie Maalouf**
2. **Notice of Deposition of Elie Maalouf and Request for Production of Documents**

on all interested parties in this action as follows:

Serafina Raskin, Esq.
Bailey Law Group, PC
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

Attorney for Defendants

**U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

X **BY FAX:** I transmitted a copy of the foregoing document(s) on this date by facsimile transmittal to the number shown on the service list.

**BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

**BY PERSONAL SERVICE:** I personally delivered such document(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 24, 2008** in San Diego, California.

[signature]

Monica M. Dubé

AO88 (Rev. 12/06) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

Southern DISTRICT OF California

Murray

V.

Host International, Inc., et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 07CV2056-H (BLM)

TO: Joe Lutz

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Law Office of Miller, King & James, LLP<br>707 Broadway, Suite 1800, San Diego, California 92101 | 7/15/2008 10:00 am |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

See attached Notice of Deposition

| PLACE | DATE AND TIME |
|---|---|
| Law Office of Miller, King & James, LLP<br>707 Broadway, Suite 1800, San Diego, California 92101 | 7/15/2008 10:00 am |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Patricia I. James, Attorney for Plaintiffs | 7.3.08 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Patricia I. James, Attorney for Plaintiff
MILLER, KING & JAMES, LLP; 707 Broadway, Suite 1800, San Diego, CA 92101; (619) 685-0077

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., and DOES 1-100, Inclusive.<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>**NOTICE OF DEPOSITION OF JOE LUTZ AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Date: Tuesday, July 15, 2008<br>Time: 10:00 a.m.<br>Location: Miller, King & James, LLP<br>707 Broadway, Suite 1800<br>San Diego, California 92101<br><br>Complaint filed: 8/29/07<br><br>[Fed. R. Civ. P. 30] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of JOE LUTZ will be taken at the Law Offices of Miller, King & James, LLP, located at 707 Broadway, Suite 1800, San Diego, California 92101. The deposition will commence at **10:00 a.m. on Tuesday, July 15, 2008** and continue from day to day until completed. The deposition will be under oath and recorded stenographically by a certified court reporter. The deposition may also be recorded by video tape pursuant to Fed. R. Civ. P 30 (b)(2).

NOTICE IS FURTHER GIVEN that said Deponent is required to bring with him to his deposition, at the time and place as set forth, the following documents:

**DEFINITIONS:**

1. "YOU" and "YOUR" are defined as JOE LUTZ and any and all of his agents, employees and

representatives.

2. "MURRAY" is defined as Plaintiff DARRYL MURRAY, and any of his agents, employees or representatives.

3. The term "DOCUMENTS" shall include all writings, recordings, and photographs, whether originals or duplicates as those terms are identified in Sections 250 to 260 of the California Evidence Code and includes, but is not limited to, handwritings, type writings, printings, photostats, photocopies, and drawings, drafts, charts, photographs, x-rays, phono graphic and tape recordings, diaries, calendars, video recordings, and every other means of recording upon any tangible thing, any form of communication or representation which are in your possession, custody or control and from which information can be obtained or translated, including originals, or if the originals are not available, duplicates of said documents for which originals are not available.

1. A copy of YOUR most recently updated Curriculum Vitae or Resume.

2. Any and all documents relating to the termination of MURRAY.

3. Any and all statements, memos, or correspondence received by YOU regarding MURRAY.

4. Any and all documents given to MURRAY by YOU regarding the events surrounding his termination.

5. Any and all documents received by YOU regarding allegations of sexual harassment involving MURRAY.

6. Any and all documents evidencing investigations conducted to review allegations of sexual harassment involving MURRAY.

7. Any and all documents evidencing the reason why MURRAY was terminated.

8. The entire personnel file of MURRAY.

Failure to identify and/or provide the writings, documents, records or memoranda requested may result in a request for sanctions, including a motion at the time of the trial to exclude the defaulting party's testimony and evidence of all matters with which the requested documents are concerned.

Said deposition will be taken on oral examination before a Certified Shorthand Reporter and will continue from day to day thereafter, Sundays and holidays excepted, until completed. The testimony may be recorded by video technology in addition to recording the testimony by the stenographic method. Plaintiffs reserve the right to use said deposition transcript and/or video recording at trial in lieu of live testimony from the deponent.

Dated: July 3, 2008

MILLER, KING & JAMES, LLP

By: ______________________

David D. Miller
Nicholas S. King
Patricia I. James
MILLER, KING & JAMES, LLP
Attorneys for Plaintiffs

Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM
**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **July 3, 2008** I served a true copy of the following document(s):

1. **Federal Subpoena for Claudia Gallegos**
2. **First Amended Notice of Deposition of Claudia Gallegos**
3. **Federal Subpoena for Sandra Rosales**
4. **First Amended Notice of Deposition of Sandra Rosales**
5. **Federal Subpoena for Joe Lutz**
6. **Notice of Deposition of Joe Lutz and Request for Production of Documents**
7. **Federal Subpoena for Jennifer Lakin**
8. **Notice of Deposition of Jennifer Lakin and Request for Production of Documents**
9. **Federal Subpoena for Thomas Stein**
10. **First Amended Notice of Deposition of Thomas Stein and Request for Production of Documents**
11. **Federal Subpoena for Idalia Castro**
12. **First Amended Notice of Deposition of Idalia Castro and Request for Production of Documents**
13. **Federal Subpoena for Host International, Inc.'s Person Most Knowledgeable Regarding Sexual Harassment Claims**
14. **Notice of Deposition of Host International, Inc.'s Person Most Knowledgeable Regarding Sexual Harassment Claims**
15. **Federal Subpoena for Host International, Inc.'s Person Most Knowledgeable Regarding Age Discrimination Claims**
16. **Notice of Deposition of Host International, Inc.'s Person Most Knowledgeable Regarding Age Discrimination Claims**

on all interested parties in this action as follows:

Serafina Raskin, Esq.
Bailey Law Group, PC
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

Attorney for Defendants

X **U.S. MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Accordingly, the above-referenced document(s) were enclosed in a sealed envelope which, in the ordinary course of business, will be deposited with the United States Postal Service the same day; and said envelope was addressed as shown on the attached service list.

**BY FAX:** I transmitted a copy of the foregoing document(s) on this date by facsimile transmittal to the number shown on the service list.

**BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

**BY PERSONAL SERVICE:** I personally delivered such document(s) by hand to the offices of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **July 3, 2008** in San Diego, California.

Monica Dube