# PROOF OF SERVICE

I hereby certify that on August 25, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. Opposition to Plaintiffs' Motion to Compel and Request for Monetary Sanctions; Memorandum of Points and Authorities in Support Thereof; Declaration of Serafina Raskin in Support Thereof (with Exhibits 1-20)
2. Pursuant to the Admin Policies & Procedures Manual, section ll.h, the proposed order was E-mailed to Judge Marilyn Huff at efile_huff@casd.uscourts.gov.
3. The CM/ECF system will send notification of these filings to the persons listed below:
   a. Patricia I James at pjames@ddmassociates.com; cford@ddmassociates.com.
   b. David D Miller at cford@ddmassociates.com, mdube@ddmassociates.com.

DATED: August 25, 2008

BAILEY LAW GROUP, P.C.

BY: s/Serafina Raskin

Attorney for Defendant
HOST INTERNATIONAL, INC.
Email: sraskin@baileylawgroup.com