David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HOST INTERNATIONAL, INC., and DOES 1-100, Inclusive,<br><br>Defendants. | ) | CASE NO.:07CV2056-H (BLM)<br><br>NOTICE OF LODGMENT IN SUPPORT OF PLAINTIFF S REPLY RE MOTION TO COMPEL DEPOSITIONS, ANSWERS TO DEPOSITION QUESTIONS AND PRODUCTION OF DOCUMENTS |

Plaintiffs DARRYL MURRAY and DEBRA MURRAY hereby submit their Notice of Lodgment in Support of Plaintiff s Reply re Motion to Compel Depositions, Answers to Deposition Questions and Production of Documents:

Exhibit A: True and correct copies of Notices of Deposition and Request for Production of Documents for Thomas Stein and Idalia Castro, both dated June 3, 2008.

Exhibit B: A true and correct copy of page 2 of Defendant s Initial Disclosures.

Exhibit C: A true and correct copy of correspondence dated June 4, 2008.

Exhibit D: A true and correct copy of email correspondence dated June 12, 2008.

Exhibit E: A true and correct copy of correspondence erroneously dated January 9, 2008 with fax cover sheet accurately dated July 9, 2008.

///

Exhibit F: A true and correct copy of email correspondence dated July 17, 2008.

Dated: August 29, 2008

MILLER, KING & JAMES, LLP

By: s/ Patricia I. James

David D. Miller
Nicholas S. King
Patricia I. James
Attorneys for Plaintiffs