David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., and DOES 1-100, Inclusive.<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>**NOTICE OF DEPOSITION OF IDALIA CASTRO AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Date: Tuesday, June 24, 2008<br>Time: 10:00 a.m.<br>Location: Miller, King & James, LLP<br>707 Broadway, Suite 1800<br>San Diego, California 92101<br><br>Complaint filed: 8/29/07<br><br>[Fed. R. Civ. P. 30] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of IDALIA CASTRO, will be taken at the Law Offices of Miller, King & James, LLP, located at 707 Broadway, Suite 1800, San Diego, California 92101. The deposition will commence at **10:00 a.m. on Tuesday, June 24, 2008** and continue from day to day until completed. The deposition will be under oath and recorded stenographically by a certified court reporter. The deposition may also be recorded by video tape pursuant to Fed. R. Civ. P 30 (b)(2).

NOTICE IS FURTHER GIVEN that said Deponent is required to bring with her to her deposition, at the time and place as set forth, the following documents:

EXHIBIT A

**DEFINITIONS:**

1. "YOU" and "YOUR" are defined as IDALIA CASTRO and any and all of her agents,

employees and representatives.

2. "MURRAY" is defined as Plaintiff DARRYL MURRAY, and any of his agents, employees or representatives.

3. The term "DOCUMENTS" shall include all writings, recordings, and photographs, whether originals or duplicates as those terms are identified in Sections 250 to 260 of the California Evidence Code and includes, but is not limited to, handwritings, type writings, printings, photostats, photocopies, and drawings, drafts, charts, photographs, x-rays, phono graphic and tape recordings, diaries, calendars, video recordings, and every other means of recording upon any tangible thing, any form of communication or representation which are in your possession, custody or control and from which information can be obtained or translated, including originals, or if the originals are not available, duplicates of said documents for which originals are not available.

1. A copy of YOUR most recently updated Curriculum Vitae or Resume.

2. Any and all documents relating to the termination of MURRAY.

3. Any and all statements, memos, or correspondence received by YOU regarding MURRAY.

4. Any and all documents given to MURRAY by YOU regarding the events surrounding his termination.

5. Any and all documents received by YOU regarding allegations of sexual harassment involving MURRAY.

6. Any and all documents evidencing investigations conducted to review allegations of sexual harassment involving MURRAY.

7. Any and all documents evidencing the reason why MURRAY was terminated.

Failure to identify and/or provide the writings, documents, records or memoranda requested may result in a request for sanctions, including a motion at the time of the trial to exclude the defaulting party's testimony and evidence of all matters with which the requested documents are concerned.

Said deposition will be taken on oral examination before a Certified Shorthand

Reporter and will continue from day to day thereafter, Sundays and holidays excepted, until completed. The testimony may be recorded by video technology in addition to recording the testimony by the stenographic method. Plaintiffs reserve the right to use said deposition transcript and/or video recording at trial in lieu of live testimony from the deponent.

Dated: June 3, 2008

MILLER, KING & JAMES, LLP

By: *Patricia I. James* __________
David D. Miller
Nicholas S. King
Patricia I. James
MILLER, KING & JAMES, LLP
Attorneys for Plaintiffs

David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HMSHOST CORPORATION, HMS HOST FAMILY RESTAURANTS, INC., HMS HOST USA, INC., and DOES 1-100, Inclusive.<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>**NOTICE OF DEPOSITION OF THOMAS STEIN AND REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Date: Tuesday, June 24, 2008<br>Time: 1:30 p.m.<br>Location: Miller, King & James, LLP<br>707 Broadway, Suite 1800<br>San Diego, California 92101<br><br>Complaint filed: 8/29/07<br><br>[Fed. R. Civ. P. 30] |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that the deposition of THOMAS STEIN, will be taken at the Law Offices of Miller, King & James, LLP, located at 707 Broadway, Suite 1800, San Diego, California 92101. The deposition will commence at **1:30 p.m. on Tuesday, June 24, 2008** and continue from day to day until completed. The deposition will be under oath and recorded stenographically by a certified court reporter. The deposition may also be recorded by video tape pursuant to Fed. R. Civ. P 30 (b)(2).

NOTICE IS FURTHER GIVEN that said Deponent is required to bring with her to her deposition, at the time and place as set forth, the following documents:

**<u>DEFINITIONS:</u>**

1. "YOU" and "YOUR" are defined as THOMAS STEIN and any and all of her agents,

employees and representatives.

2. "MURRAY" is defined as Plaintiff DARRYL MURRAY, and any of his agents, employees or representatives.

3. The term "DOCUMENTS" shall include all writings, recordings, and photographs, whether originals or duplicates as those terms are identified in Sections 250 to 260 of the California Evidence Code and includes, but is not limited to, handwritings, type writings, printings, photostats, photocopies, and drawings, drafts, charts, photographs, x-rays, phono graphic and tape recordings, diaries, calendars, video recordings, and every other means of recording upon any tangible thing, any form of communication or representation which are in your possession, custody or control and from which information can be obtained or translated, including originals, or if the originals are not available, duplicates of said documents for which originals are not available.

1. A copy of YOUR most recently updated Curriculum Vitae or Resume.

2. Any and all documents relating to the termination of MURRAY.

3. Any and all statements, memos, or correspondence received by YOU regarding MURRAY.

4. Any and all documents given to MURRAY by YOU regarding the events surrounding his termination.

5. Any and all documents received by YOU regarding allegations of sexual harassment involving MURRAY.

6. Any and all documents evidencing investigations conducted to review allegations of sexual harassment involving MURRAY.

7. Any and all documents evidencing the reason why MURRAY was terminated.

Failure to identify and/or provide the writings, documents, records or memoranda requested may result in a request for sanctions, including a motion at the time of the trial to exclude the defaulting party's testimony and evidence of all matters with which the requested documents are concerned.

Said deposition will be taken on oral examination before a Certified Shorthand

Reporter and will continue from day to day thereafter, Sundays and holidays excepted, until completed. The testimony may be recorded by video technology in addition to recording the testimony by the stenographic method. Plaintiffs reserve the right to use said deposition transcript and/or video recording at trial in lieu of live testimony from the deponent.

Dated: June 3, 2008

MILLER, KING & JAMES, LLP

By: *Patricia I. James*
David D. Miller
Nicholas S. King
Patricia I. James
MILLER, KING & JAMES, LLP
Attorneys for Plaintiffs

1. WITNESSES (Rule 26(a)(1)(A)): Defendant believes that the individuals listed below have knowledge of facts supporting the material allegations of Defendant's Answer or rebutting the material allegations of Plaintiff's Complaint ("Complaint"). Defendant's initial disclosure of the identities of potential witnesses is solely based upon such information that Defendant has been able to discover thus far in the amount of time available as well as Defendant's present analysis of the case, and shall not, in any way, be deemed to be a representation that additional witnesses do not exist. Accordingly, this disclosure is subject to Defendant's ability to discover additional individuals with knowledge of facts supporting the material allegations of Defendant's Answer and/or rebutting the material allegations of Plaintiffs' Complaint. The Individuals are:

i. Plaintiff Darryl Murray

ii. Plaintiff Debra Murray

iii. Darin Chadwick, formerly Assistant Manager, address 12403 Heatherton Court, #209, San Diego 92128; telephone 619-454-3698.

iv. Charles Powers, Executive Vice President and Chief Human Resources Officer

v. Claudia D. Guitierrez, Cook

vi. Sandra Rosales, Customer Service Representative

vii. Idalia Castro, Senior Regional Human Resources Director

All of these witnesses, other than Plaintiffs, and Darin Chadwick are employees of Host International, Inc., and can be contracted only through Defendants' counsel of record, Serafina Raskin, Bailey Law Group, 8105 Irvine Center Drive, Suite 900, Irvine, CA 92618; telephone (949) 453-1755, facsimile (949) 453-1757.

2. DOCUMENTS: (Rule 26(a)(1)(B)): On December 27, 2007, Defendant produced non-privileged documents Bates-stamped HOST-0001 through Host-0101, consisting of the



EXHIBIT B

# Miller, King & James, LLP

Attorneys At Law

David D. Miller †
Nicholas S. King +
Patricia I. James ‡

Washington Mutual Building
707 Broadway, Suite 1800
San Diego, California 92101
Tel: 619.685.0077
Fax: 619.685.0011

† Board Certified Civil Trial Specialist by the National Board of Trial Advocacy
+JAG Certified
‡ Also Licensed in Colorado


June 4, 2008

Serafina Raskin, Esq.
Bailey Law Group
8105 Irvine Center Drive, Suite 900
Irvine, CA 92618

*Re: Murray v. Host International, Inc.*

Dear Ms. Raskin:

Enclosed please find deposition notices for Claudia Gallegos, Sandra Rosales, Idalia Castro and Thomas Stein. Upon review of Mr. Murray's personnel file, these percipient witnesses appear to be employees of HMSHost. If any of these people are no longer Host employees, we would appreciate if you could let us know as soon as possible so that we may properly serve them with a subpoena.

Also, it is our understanding that Darin Chadwick was an employee of HMSHost at the time of the incident, but is no longer working for the company. Therefore, we have subpoenaed him directly. If this information is incorrect, please also let us know as soon as possible.

Sincerely,

MILLER, KING & JAMES, LLP

Christina M. Ford

Enclosures

EXHIBIT C

**Christina Ford**

---

**From:** Serafina Raskin [sraskin@baileylawgroup.com]
**Sent:** Thursday, June 12, 2008 5:33 PM
**To:** Christina Ford
**Cc:** Pat James
**Subject:** Re: Murray v HMSHost - Deposition schedule

I am still following up with these people regarding their availability. I will give you an update tomorrow. So far, I know for sure that Ms. Gallegos is not available on Wednesday. Thank you.

On Thu, Jun 12, 2008 at 3:36 PM, Christina Ford <cford@ddmassociates.com> wrote:

Dear Ms. Raskin,

Unfortunately, we were unable to serve Darin Chadwick at the address in your initial disclosures; he has since moved from Heatherton Ct. Therefore, his deposition currently set for Wednesday, June 18 at 1:30pm will need to be rescheduled. We are currently attempting to locate him at his workplace...

Also, please confirm that the remaining noticed depositions of Ms. Gallegos (Wed, 6/18 at 10am), Ms. Rosales (Thurs, 6/19 at 1:30pm), Ms. Castro (Tues, 6/24 10am) and Mr. Stein (Tues, 6/24 at 1:30pm) are all going forward as scheduled. I would greatly appreciate if you could let us know at your earliest convenience, as I am attempting to schedule depositions in another matter and the discovery cutoff in this case is fast approaching.

Thank you,

Christina M. Ford
Trial Paralegal
**Miller, King & James, LLP**
Attorneys at Law
707 Broadway, Suite 1800
San Diego, CA 92101
619.685.0077 ph
619.685.0011 fax
cford@ddmassociates.com

This e-mail message is intended for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, or disclosure is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

--

Serafina Raskin, Associate

Bailey Law Group
Washington, DC | Orange County, CA | Boulder County, CO
8105 Irvine Center Drive • Suite 900 •Irvine, CA 92618
949.453.1755 / 949.453.1757 (fax)

EXHIBIT D

# BAILEY LAW GROUP

Washington, DC • Orange County, CA • Boulder County, CO

January 9, 2008

**VIA FACSIMILE**

Patricia James
Miller, King & James, LLP
Attorneys at Law
707 Broadway, Suite 1800
San Diego, CA 92101-5314

Re: Scheduling depositions

Dear Ms. James:

This letter is to follow up on our telephone conversation earlier in the day wherein you agreed to withdraw and re-serve the subpoenas to Thomas Stein, Idalia Castro and Joe Lutz. As promised, the current contact information for these individuals is:

for Idalia Castro:
Seatack International Airport
HMSHost Room 202
Seattle, Washington 98158
206-433-6791

for Thomas Stein:
HMSHost Corporation
6600 Rockledge Drive
Bethesda, MD 20817
240-694-4727

for Joseph Lutz:
SeaTac International Airport
HMSHost Room 202
Seattle WA, 98158
206-433-6797

Also, as I informed you over the phone, I have left telephone messages for both Sandra Rosales and Claudia Gallegos. As soon as I speak to Ms. Rosales and Ms. Gallegos, I will let you know whether they will allow me to accept service on their behalf and whether they are available to be deposed on the dates you noticed.

Finally, we both agreed that to facilitate the numerous depositions to be completed in this case, we will extend the discovery deadline to July 25. Please let me know if Ms. Oppenheimer is available to be deposed either July 24 or 25.

Sincerely,

Serafina Raskin



EXHIBIT E

# BAILEY LAW GROUP

**Washington, DC • Boulder County, CO • Orange County, CA**

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Patricia James | FROM: Serafina Raskin |
| COMPANY: Miller, King & James, LLP | * DATE: 7/9/2008 |
| FAX NUMBER: 619-685-0011 | TOTAL NO. OF PAGES INCLUDING COVER: 2 |
| PHONE NUMBER: 619-685-0077 | SENDER'S REFERENCE NUMBER: |
| RE: Murray v. Host | YOUR REFERENCE NUMBER: |

☑ URGENT ☑ FOR REVIEW ☑ PLEASE COMMENT ☑ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS

Please see attached correspondence.

ATTENTION: The information contained in this facsimile is protected by attorney client and/or attorney work product privilege and intended solely for the use of the individual(s) to whom it is addressed. If you are not the intended recipient or agent of the intended recipient you are hereby notified that dissemination, distribution or copying of this transmission is prohibited.

8105 Irvine Center Drive, Suite 900, Irvine, CA 92618
Tel. (949) 453-1755 • Fax. (949) 453 1757

**Monica Dube**

**From:** Todd Tappe [ttappe@sbcglobal.net]
**Sent:** Thursday, July 17, 2008 5:45 PM
**To:** Monica Dube
**Cc:** Pat James
**Subject:** Murray additional doc production

Monica,

Yesterday, Serafina said she would produce the remainder of the Murray personnel file via fax.
I need the docs for the Castro depo tomorrow (she is the senior HR person).

Please let me know status. If she didn't produce I'll try to fix (I'll probably put a note on the record that we will need a second session - luckily this isn't the last depo before our extended cut-off).

Todd



EXHIBIT F