Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM
**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **August 29, 2008** I served a true copy of the following document(s):

**1. PLAINTIFFS' REPLY TO DEFENDANTS OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**2. DECLARATION OF TODD N. TAPPE IN SUPPORT OF PLAINTIFF'S REPLY RE MOTION TO COMPEL DEPOSITIONS, ANSWERS TO DEPOSITION QUESTIONS AND PRODUCTION OF DOCUMENTS**

**3. DECLARATION OF CHRISTINA M. FORD IN SUPPORT OF PLAINTIFF'S REPLY RE MOTION TO COMPEL DEPOSITIONS, ANSWERS TO DEPOSITION QUESTIONS AND PRODUCTION OF DOCUMENTS**

**4. NOTICE OF LODGMENT IN SUPPORT OF PLAINTIFF'S REPLY RE MOTION TO COMPEL DEPOSITIONS, ANSWERS TO DEPOSITION QUESTIONS AND PRODUCTION OF DOCUMENTS**

on all interested parties in this action as follows:

Serafina Raskin, Esq.
Bailey Law Group, PC
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

Attorney for Defendant

X **BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **August 29, 2008** in San Diego, California.

[signature]
Monica M. Dube