David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HOST INTERNATIONAL, INC., and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>DECLARATION OF TODD N. TAPPE IN SUPPORT OF PLAINTIFFS OPPOSITION TO DEFENDANT HOST INTERNATIONAL INC. S MOTION FOR SUMMARY JUDGMENT |

I, Todd N. Tappe, declare:

1. I am an attorney licensed to practice under the laws of the States of California and Colorado and am an Independent Contractor with Miller, King & James, LLP, counsel of record for plaintiffs herein. All facts set forth herein are based upon my personal knowledge and, if called upon as a witness, I could testify competently hereto.

2. All documents attached to the Notice of Lodgment in Support of Plaintiffs Opposition to Defendant Host International, Inc. s Motion for Summary Judgment as Exhibits 1 through 40 are true and correct copies of each document.

///

///

///

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 8th day of September 2008 in San Diego, California.

s/ Todd N. Tappe
Todd N. Tappe