Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM
**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **September 8, 2008** I served a true copy of the following document(s):

1. Plaintiffs' Opposition to Defendant Host International, Inc.'s Motion for Summary Judgment
2. Plaintiffs' Opposition to Defendant Host International, Inc.'s Statement of Uncontraverted Material Facts in Support of its Motion for Summary Judgment
3. Declaration of Todd N. Tappe in Support of Plaintiffs' Opposition to Defendant Host International Inc.'s Motion for Summary Judgment

on all interested parties in this action as follows:

Serafina Raskin, Esq. — Attorney for Defendant
Bailey Law Group, PC
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

**X** **BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 8, 2008** in San Diego, California.

[signature]

Christina M. Ford

Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM
**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **September 9, 2008** I served a true copy of the following document(s):

**1. Notice of Lodgment in Support of Plaintiffs' Opposition to Defendant Host International, Inc.'s Motion for Summary Judgment**

**1. Declaration of Christina M. Ford Regarding the Late Filing of Plaintiffs' Opposition to Defendant Host International, Inc.'s Motion for Summary Judgment**

on all interested parties in this action as follows:

Serafina Raskin, Esq. — Attorney for Defendant
Bailey Law Group, PC
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

X **BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 9, 2008** in San Diego, California.

[signature]
Christina M. Ford