David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HOST INTERNATIONAL, INC., and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>DECLARATION OF CHRISTINA M. FORD REGARDING THE LATE FILING OF PLAINTIFFS' OPPOSITION TO DEFENDANT HOST INTERNATIONAL, INC.'S MOTION IN LIMINE TO EXCLUDE AMY OPPENHEIMER'S EXPERT REPORT AND TRIAL TESTIMONY<br><br>Date: September 22, 2008<br>Time: 10:30 a.m.<br>Place.: Room 13<br>Honorable Marilyn Huff |

I, Christina M. Ford, declare:

1. I am a paralegal with the law firm Miller, King & James, LLP, counsel of record for Plaintiffs Darryl Murray and Debra Murray. All facts set forth herein are based upon my personal knowledge and, if called upon as a witness, I could testify competently hereto.

2. All documents pertaining to Plaintiffs' Opposition to Defendants Motion in Limine to Exclude Amy Oppenheimer's Expert Report and Trial Testimony were completed and ready to be filed with the Court by approximately 9:30pm on Monday, September 8, 2008.

3. When I attempted to upload the documents to the CM/ECF-Electronic Document

Filing System, the documents would not attach.

4. I am unsure as to the reason why the documents would not attach to the system.

5. I attempted to load each document three times and the documents would not upload to the system.

6. I e-mailed the documents to my Legal Assistant, who also attempted to upload the documents to the CM/ECF-Electronic Document Filing System as well.

7. She experienced the same issue I did and was also unable to upload the documents to the system.

8. At approximately 11:00 p.m., I began e-mailing the documents as attachments to opposing counsel, Serafina Raskin.

9. By approximately 12:00 midnight, the Proof of Service was successfully sent to opposing counsel via e-mail.

10. The Points and Authorities document and Exhibits did not transmit properly to opposing counsel, as the file was too large to send via email.

11. The Points and Authorities document and Exhibits will be transmitted via e-mail to opposing counsel on Tuesday, September 9, 2008.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 9th day of September, 2008.

Christina M. Ford