Murray v. HMSHost, et al.
3:07-cv-02056-H-BLM
**PROOF OF SERVICE**

I am employed in the County of San Diego, State of California. I am over eighteen years of age and not a party to this action. My business address 707 Broadway, Suite 1800, San Diego, California, 92101.

On **September 10, 2008** I served a true copy of the following document(s):

**1. PLAINTIFFS EX PARTE MOTION FOR ORDER SHORTENING TIME FOR PLAINTIFFS TO FILE AND SERVE THEIR OPPOSITION TO DEFENDANT HOST INTERNATIONAL, INC S MOTION IN LIMINE TO EXCLUDE AMY OPPENHEIMER S EXPERT REPORT AND TRIAL TESTIMONY**

on all interested parties in this action as follows:

Serafina Raskin, Esq. — Attorney for Defendant
Bailey Law Group, PC
8105 Irvine Center Dr. Suite 900
Irvine, CA 92618
Fax: 949.453.1757
sraskin@baileylawgroup.com

**X** **BY ELECTRONIC MAIL DELIVERY:** I caused the foregoing document(s) to be electronically served on the interested parties who have agreed to accept electronic mailing as effective service for these documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 10, 2008** in San Diego, California.

s/ Patricia I. James
Patricia I. James