David D. Miller (State Bar No. 66863)
Nicholas S. King (State Bar No. 179605)
Patricia I. James (State Bar No. 90633)
MILLER, KING & JAMES, LLP
ATTORNEYS AT LAW
707 Broadway, Suite 1800
San Diego, CA 92101-5314
Telephone: 619.685.0077
Facsimile: 619.685.0011

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>v.<br><br>HOST INTERNATIONAL, INC., and DOES 1-100, Inclusive,<br><br>Defendants. | CASE NO.:07CV2056-H (BLM)<br><br>PLAINTIFFS EX PARTE MOTION FOR ORDER SHORTENING TIME FOR PLAINTIFFS TO FILE AND SERVE THEIR OPPOSITION TO DEFENDANT HOST INTERNATIONAL, INC S MOTION FOR SUMMARY JUDGMENT |

**I.**

**INTRODUCTION**

Defendant HOST INTERNATIONAL, INC. (hereinafter referred to as HOST ) filed a motion for summary judgment which is set to be heard on September 22, 2008. The opposition to HOST s motion was supposed to be served and filed no later than September 8, 2008. However, due to a technical failure, the opposition was not filed with this court until the morning of September 9, 2008. The opposition papers, with the exception of the notice of lodgment was e-mailed to opposing counsel on September 8, 2008. However, due to the technical failure of the e-mail not transmitting the Notice of Lodgment because it was too

large, it was not successfully transmitted to opposing counsel until the morning of September 9, 2008.

By this motion, Plaintiffs DARRYL MURRAY and DEBRA MURRAY request an Order Shortening Time in which to file and serve their opposition to Defendant s Motion for Summary Judgment to Tuesday, September 9, 2008 and thus deem their opposition timely served and filed.

## II.

## STATEMENT OF FACTS

Christina Ford is a paralegal with the law firm Miller, King & James, LLP, counsel of record for Plaintiffs. As set forth in the Declaration of Christina M. Ford Regarding the Late Filing of Plaintiffs Opposition to Defendant Host International, Inc. S Motion for Summary Judgment (hereinafter referred to as Ford Declaration ), filed with this court on September 9, 2008, all documents pertaining to Plaintiffs Opposition to Defendants Motion for Summary Judgment, including Plaintiff s Points and Authorities, Separate Statement of Facts, Declaration of Todd N. Tappe, Notice of Lodgment with Exhibit and a Proof of Service were completed and ready to be filed with the Court by approximately 9:30pm on Monday, September 8, 2008. Ford Declaration, ¶2 .

When she attempted to upload the documents to the CM/ECF-Electronic Document Filing System, the documents would not attach. Ford Declaration, ¶3.

Ms. Ford is unsure as to the reason why the documents would not attach to the system. Ford Declaration, ¶4.

She attempted to load each document three times and the documents would not upload to the system. Ford Declaration, ¶5

She e-mailed the documents to her Legal Assistant, who also attempted to upload the documents to the CM/ECF-Electronic Document Filing System as well. However, she

////

experienced the same issue as Ms. Ford and was also unable to upload the documents to the system. Ford Declaration, ¶¶6 & 7.

At approximately 11:00 p.m., Ms. Ford began e-mailing the documents as attachments to opposing counsel, Serafina Raskin. Ford Declaration, ¶8.

By approximately 12:00 midnight, Plaintiffs Points & Authorities, Separate Statement of Facts, Declaration of Todd N. Tappe and the Proof of Service were successfully sent to opposing counsel via e-mail. Ford Declaration, ¶9.

The Notice of Lodgment with Exhibits did not transmit properly to opposing counsel, as the file was too large to send via email. However, the Notice of Lodgment with Exhibits 1-40 will be transmitted via e-mail to opposing counsel on Tuesday, September 9, 2008. Ford Declaration, ¶¶10 & 11.

The Court s docket indicates that this was accomplished on Tuesday, September 9, 2008.

## III.

## ARGUMENT

The United States District Court, Southern District of California Local Civil Rule 7.1e.2. states that an opposition to a motion must be served and filed not later than 14 calendar days prior to the noticed hearing. Local Civil Rul 7.1e.5 permits and application for an order shortening time under these rules.

According to the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, Section 2, subpart m, [a] registered user whose filing is made untimely as the result of a technical failure may seek appropriate relief from the court.

As shown hereinabove, the opposition was completed and ready to be filed with the Court by approximately 9:30pm on Monday, September 8, 2008. However, a technical failure prevented the timely filing of Plaintiffs opposition with this court. Further, a technical failure

prevented the e-mailing of the Notice of Lodgment to opposing counsel, although the remainder of the opposition was timely e-mailed. Thus, pursuant to the above rules, policy and procedure, Plaintiffs request relief from this Court.,

**IV.**

**CONCLUSION**

Based on the above facts and argument, Plaintiffs request an Order Shortening Time in which to file their opposition to Defendant s Motion for Summary Judgment to Tuesday, September 9, 2008 and thus deem their opposition timely served and filed.

Dated: September 10, 2008

MILLER, KING & JAMES, LLP

S/ Patricia I. James
David D. Miller
Nicholas S. King
Patricia I. James
Attorneys for Plaintiffs