BAILEY LAW GROUP, P.C.
KATHY BAILEY (*admitted pro hac vice*)
SERAFINA RASKIN (California Bar No. 244960)
8105 Irvine Center Drive
Suite 900
Irvine, CA 92618
Telephone: (949) 453-1755
Facsimile: (949) 453-1757

Attorney for Defendant
HOST INTERNATIONAL, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br><br>Plaintiffs,<br><br>vs.<br><br>HOST INTERNATIONAL, INC.,<br><br>Defendant. | CASE NO. 07CV2056-H (BLM)<br><br>HONORABLE MARILYN HUFF<br><br>**HOST INTERNATIONAL, INC.'S STATEMENT OF COSTS** |

TO THE HONORABLE MAGISTRATE MAJOR, PLAINTIFFS DARRYL AND DEBRA MURRAY, AND THEIR ATTORNEYS OF RECORD, DAVID D. MILLER, PATRICIA MILLER AND TODD TAPPE, AT THE LAW OFFICES OF MILLER, KING, AND JAMES:

Pursuant to this Court's Minute Order dated September 5, 2008, Defendant HOST INTERNATIONAL, INC. ("HOST"), submits this statement of costs setting forth attorney expenses incurred in defending Plaintiffs' Motion to Compel Certain Depositions, Answers to Deposition Questions and Production of Documents:

1. Serafina Raskin spent 16.4 hours preparing HOST's Opposition to Plaintiffs' Motion to Compel Certain Depositions, Answers to Deposition Questions and Production of Documents. Ms. Raskin's billing rate is $220 per hour.

2. Nicole E. Reyes spent 2.0 hours reviewing and editing HOST's to Plaintiffs' Motion to Compel Certain Depositions, Answers to Deposition Questions and Production of Documents. Ms. Reyes' billing rate is $325 per hour.

3. In addition to the time spent preparing HOST's written opposition to Plaintiffs' Motion to Compel Certain Depositions, Answers to Deposition Questions and Production of Documents, Ms. Raskin spent an additional 2.5 hours preparing for and 1.9 hours participating in the hearing, not including time spent commuting to the hearing. Accordingly, HOST respectfully requests that this Court add the fees incurred in preparation for and attendance at the hearing to the monetary sanctions awarded against Plaintiffs.

| **Attorney** | **Billable Rate** | **Time Spent** | **Fees Incurred** |
|---|---|---|---|
| S. Raskin | $220 | 16.4 (prior to date of hearing) | $3,608 |
| N. Reyes | $325 | 2.0 | $650 |
| | | **SUBTOTAL** | $4,258 |
| S. Raskin | $220 | 4.4 (date of hearing) | $968 |
| | | **TOTAL** | $5,226 |

DATED: September 11, 2008

BAILEY LAW GROUP, P.C.

BY: s/Serafina Raskin

Attorney for Defendant
HOST INTERNATIONAL, INC.
Email: sraskin@baileylawgroup.com