**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br>Plaintiff,<br>vs.<br>HOST INTERNATIONAL, INC., and DOES 1-100, inclusive,<br>Defendant. | CASE NO. 07-CV-2056 H (BLM)<br>**ORDER GRANTING PLAINTIFFS' EX PARTE MOTIONS REGARDING TIMELINESS OF OPPOSITION FILINGS** |

The Court for good cause shown grants Plaintiffs' ex parte motions, <u>see</u> Doc. Nos. 28-29, regarding the timeliness of Plaintiffs' opposition to Defendant's motion in limine to exclude Amy Oppenheimer's expert report and trial testimony and Plaintiff's opposition to Defendant's motion for summary judgment. (<u>See</u> Doc. Nos. 20, 22, 25-26.) Accordingly, the Court orders that Plaintiff's opposition papers are considered timely filed.

IT IS SO ORDERED.

DATED: September 11, 2008

Marilyn L. Huff

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT