PROOF OF SERVICE

I hereby certify that on September 15, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EXPERT REPORT OF AMY OPPENHEIMER BY DEFENDANT HOST INTERNATIONAL, INC.

2. PROOF OF SERVICE

The CM/ECF system will send notification of these filings to the persons listed below:

a. Patricia I James at pjames@ddmassociates.com; cford@ddmassociates.com.

b. David D Miller at cford@ddmassociates.com, mdube@ddmassociates.com.

DATED: September 15, 2008

BAILEY LAW GROUP, P.C.

BY: s/Serafina Raskin

Attorney for Defendant
HOST INTERNATIONAL, INC.
Email: sraskin@baileylawgroup.com