# EXHIBIT
# 1

ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MURRAY, et al., | ) | Case No. 07CV2056-BLM |
| | ) | |
| Plaintiffs, | ) | San Diego, California |
| | ) | Tuesday, September 5, 2008 |
| vs. | ) | 2:00 p.m. |
| | ) | |
| HMSHOST Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs: TODD TAPPE, ESQ.
707 Broadway, Suite 1800
San Diego, California 92101
(619) 685-0077

For the Defendant: SERAFINA RASKIN, ESQ.
8105 Irvine Center, Suite 900
Irvine, California 92618

Transcript Ordered by: SERAFINA RASKIN, ESQ.

Transcriber: Jordan Keilty
Echo Reporting, Inc.
6336 Greenwich Drive, Suite B
San Diego, California 92122
(858) 453-7590

Proceedings recorded by electronic sound recording; transcript produced by transcription service.

information regarding exactly what it is that they -- that they were unable to obtain in the two hours and why they were unable to do that.

Given all of that, I denied the Plaintiff's request with regard to additional time to depose Mr. Lutz.

Moving on to the documents -- and, again, this really concerns me again with regard to Plaintiff's motions. And, once again, I appreciate the accommodation that Defendants are making in this respect.

Even in their papers, Defendants are stating that they would be willing to produce certain documents. And, in fact, it appears that they've produced certain documents either today at the hearing or beforehand. Ma'am?

MS. RASKIN: Yes.

THE COURT: Today?

MS. RASKIN: Today, your Honor.

THE COURT: They provided additional documents despite the fact that Plaintiffs' requests appear to be untimely.

The Plaintiffs' motion is asking the Defendant company to produce specific documents, yet they never served a discovery request on the Defendant company for documents. They produced very late requests. Some of them they attempted it sounds like -- and, again, I wasn't provided the documents by Plaintiffs, but it sounds like they

(Proceedings concluded.)

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

Transcriber 9-12-08
Date

FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

L.L. Francisco, President
Echo Reporting, Inc.