# PROOF OF SERVICE

I hereby certify that on September 15, 2008, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system:

1. REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT BY DEFENDANT HOST INTERNATIONAL, INC. AND EXHIBIT 1 IN SUPPORT THEREOF;
2. REPLY TO PLAINTIFFS' OPPOSITION TO HOST'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT; and
3. PROOF OF SERVICE

The CM/ECF system will send notification of these filings to the persons listed below:

a. Patricia I James at pjames@ddmassociates.com; cford@ddmassociates.com.

b. David D Miller at cford@ddmassociates.com, mdube@ddmassociates.com.

DATED: September 15, 2008

BAILEY LAW GROUP, P.C.

BY: s/Serafina Raskin

Attorney for Defendant
HOST INTERNATIONAL, INC.
Email: sraskin@baileylawgroup.com