# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

DARRYL MURRAY and DEBRA MURRAY,

Plaintiff,

vs.

HOST INTERNATIONAL, INC.,

Defendant.

CASE NO. 07-CV-2056 H (BLM)

**ORDER REQUIRING ORAL ARGUMENT ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On August 22, 2008, Defendant Host International, Inc. filed a motion for summary judgment with respect to all of Plaintiffs' claims. The Plaintiff filed a reply in opposition to that motion on September 9, 2008. On September 15, 2008, Defendant filed its reply. The Court instructs the parties to appear for oral argument on the hearing date for this motion, **September 22, 2008**, at **10:30 a.m.** in **Courtroom #13**.

IT IS SO ORDERED.

DATED: September 17, 2008

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT