# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL MURRAY and DEBRA MURRAY,<br>Plaintiffs,<br>vs.<br>HOST INTERNATIONAL, INC.,<br>Defendant. | CASE NO. 07-CV-2056 H (BLM)<br>**ORDER SUBMITTING MOTION TO EXCLUDE EXPERT** |

On August 22, 2008, Defendant Host International, Inc. filed its Motion to Exclude Amy Oppenheimer's Expert Report and Trial Testimony. The Plaintiff filed a reply in opposition to that motion on September 9, 2008. On September 15, 2008, Defendant filed its reply. The Court concludes that this motion is appropriate for decision without oral argument and exercises its discretion under Local Rule 7.1(d)(1) to submit the motion on the papers. The hearing scheduled for September 22, 2008 will concern only Defendant's motion for summary judgment.

IT IS SO ORDERED.

DATED: September 17, 2008

Marilyn L. Huff

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT